UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

The Intercept Media, Inc., and

Freedom of the Press Foundation,

                                        Plaintiff(s)
                        - v -                                          **RULE 7.1 STATEMENT**

DONALD J. TRUMP, in his official
capacity as President of the United
States, et al.,

                                                                      1:26-cv-6867
                                                                      _____
                        Defendant(s)                                  Case Number
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

The Intercept Media, Inc.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

The Intercept Media, Inc. has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

08/12/2026

Date

/s/ John Langford

Signature of Attorney

JL-2367

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022

RESET    PRINT    SAVE