**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

THE INTERCEPT MEDIA, INC., *and*
FREEDOM OF THE PRESS FOUNDATION,

*Plaintiffs*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*,

NATALIE J. HARP, *in her official capacity as Executive Assistant to the President of the United States*,

DANIEL SCAVINO, *in his official capacity as White House Deputy Chief of Staff and Director of the White House Personnel Office*,

EXECUTIVE OFFICE OF THE PRESIDENT, *and*

WHITE HOUSE OFFICE,

*Defendants*.

Civil Action No. 1:26-cv-06867-JPO

**LOCAL RULE 1.3 DECLARATION**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern District of New York, I, Barbara J. Chisholm, hereby declare the following:

1. I am an attorney at Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, California 94108.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. I was admitted to practice law in the state of California on April 23, 2003 (Bar No. 224656). I am a member in good standing of the California Bar. A certificate of good standing from the California Supreme Court is attached hereto as Exhibit A.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

August 13, 2026
San Francisco, CA

Barbara J. Chisholm

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF San Francisco }

Subscribed and sworn to (or affirmed) before me on this 13 (Date) day of August (Month), 2026 (Year)

by Barbara J. Chisholm

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: [signature]
*Signature of Notary Public*

JOE CAVALLI
COMM. #2497242
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Exp. Aug. 11, 2028

*Seal*
*Place Notary Seal Above*

---------------------------------------------------- **OPTIONAL** ----------------------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ______

Document Date: ______

Number of Pages: ______

Signer(s) Other Than Named Above: ______