AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

The Intercept Media, Inc., et al.,
*Plaintiff*
v.
Donald J. Trump, et al.
*Defendant*

Case No. 1:26-cv-6867

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs The Intercept Media, Inc. and Freedom of the Press Foundation .

Date: 08/13/2026

David Schulz
*Attorney's signature*

David A. Schulz
*Printed name and bar number*

Yale Media Freedom & Information Access Clinic
Yale Law School
127 Wall St.,
New Haven, CT 06511
*Address*

david.schulz@ylsclinics.org
*E-mail address*

(212) 663-6162
*Telephone number*

(203) 432-3034
*FAX number*