**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., *and*<br><br>FREEDOM OF THE PRESS FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-6867-JPO |

## NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 65, Plaintiffs move for a preliminary injunction enjoining Defendants Donald J. Trump, Natalie J. Harp, Daniel Scavino, the Executive Office of the President, and the White House Office; their officers, agents, servants, employees, and attorneys; and other persons who are in active concert or participation with Defendants or their officers, agents, servants, employees, and attorneys, *see* Fed. R. Civ. P. 65(d)(2), from posting, or allowing to be posted, announcements from President Trump on the website Truth Social so long as "Truth API" is in operation, applies to President Trump and the White House's announcements, and no free version of the content is available before or at the same time as the content is available through Truth API. Plaintiffs' motion is based on the attached memorandum of law, the accompanying declarations, the Complaint, the court record in this action, and any argument or evidence the Court may consider at a hearing on this motion.

Dated: August 31, 2026

Respectfully Submitted,

*/s/ Barbara J. Chisholm*____

Scott A. Kronland
Barbara J. Chisholm
Matthew J. Murray
Marisa C. Lowe*
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Tel. 415-421-7151
Fax. 415-362-8064
skronland@altber.com
bchisholm@altber.com
mmurray@altber.com

Nikhel S. Sus*
Jonathan E. Maier*
Stuart C. McPhail
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org
jmaier@citizensforethics.org
smcphail@citizensforethics.org

John Langford
Stacy Livingston
David A. Schulz
MEDIA FREEDOM & INFORMATION ACCESS CLINIC
YALE LAW SCHOOL[1]
127 Wall Street
New Haven, CT 06511
Tel. (203) 432-2366
Fax (203) 432-3034
john.langford@ylsclinics.org

Brendan Ballou*

[1] The views expressed herein do not purport to represent the institutional views of Yale Law School, if it has any.

Andrea Dobson-Forsee
PUBLIC INTEGRITY PROJECT FUND
1763 Columbia Rd. NW Ste. 175
Washington, DC 20009
(917) 684-3900
ballou@publicintegrityproject.org

**Pro hac vice* motion forthcoming
*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on August 31, 2026, this document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Barbara J. Chisholm*
*Counsel for Plaintiffs*