**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

THE INTERCEPT MEDIA, INC., *et al.*

*Plaintiffs*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,

*Defendants*.

Civil Action No. 1:26-cv-6867

**DECLARATION OF NICK TURSE (THE INTERCEPT)**

I, Nick Turse, senior reporter for The Intercept, declare as follows:

1. I submit this declaration in support of the motion for injunctive relief filed by The Intercept and the Freedom of the Press Foundation.

2. As a senior reporter at the Intercept, I cover national security and foreign policy. My recent reporting has focused on topics like the Iran war, U.S. boat strikes in the Caribbean Sea, and the Pentagon.

3. I report frequently on President Trump and on statements he makes exclusively on Truth Social.

4. The social media ecosystem is part of modern reporting. Like other reporters at The Intercept, I use social media to track developments, share newsworthy events, engage in real-time conversations, and build readership.

5. I frequently monitor and share newsworthy statements made by President Trump. President Trump makes a large share of these newsworthy statements on Truth Social.

6. I bridge an information gap for people on other social media platforms who do not use Truth Social, regularly reporting on President Trump's activity on Truth Social in real time.
7. I also rely on archives of President Trump's Truth Social posts for my reporting, both for the Intercept and on social media. Sometimes, I review and link to older posts on President Trump's Truth Social account.
8. Based on publicly available information, I understand that Trump Media and Technology Group ("Trump Media") has introduced a service called "Truth API" that sells faster access to President Trump's Truth Social posts to those willing to pay $100,000 per month or $720,000 annually. I understand that Truth API also offers subscribers access to the complete archive of posts from President Trump's accounts.
9. Trump Media's CEO has stated that API access will be "significantly" faster than traditional methods of access, even automated ones.
10. Based on publicly available information, I understand that at least a dozen clients have already subscribed to Truth API since its launch on August 1, 2026, that Trump Media is talks with large news organizations about subscribing as part of a larger effort to market Truth API to news organizations, and that part of the Truth API rollout has included efforts to prevent third parties from archiving Truth Social accounts.
11. I have not subscribed to Truth API.
12. I am unable to pay for Truth API because of its exorbitant costs.
13. I am also unwilling to pay for Truth API, because I do not want to financially support Truth Social, a platform whose point of view I do not share. Financially supporting the President's private business, and thus subsidizing its viewpoints, would harm my

reputation for fairness and objectivity, undermine my credibility as a critic of President Trump, and harm my ability to cultivate news sources.

14. According to Trump Media's representations, I now receive President Trump's posts slower than people who pay for the API service.

15. Those who pay for the Truth API will now be able to report on newsworthy statements President Trump makes there faster than I can, harming my reporting and diminishing the value of my contributions, both on social media and for the Intercept.

16. Trump Media's efforts to prevent third parties from archiving President Trump's Truth Social posts also jeopardize my work. If I and others who do not subscribe to Truth API are prohibited from archiving President Trump's Truth Social posts, I will be hindered in reporting that I intend to do in the future and that will rely on historical posts, including posts that will be or have been deleted.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on August 31, 2026, in New Jersey

Nick Turse