**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-6867 |

**DECLARATION OF STEPHANIE SUGARS (FREEDOM OF THE PRESS FOUNDATION)**

I, Stephanie Sugars, managing reporter at the Freedom of the Press Foundation ("FPF"), declare as follows:

1. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction in the above-captioned case. I make this declaration based on my personal knowledge and thorough consultation with my colleagues at FPF.

2. FPF is a nonprofit organization committed to protecting and defending a free press by building communications tools for news organizations, training journalists on personal safety, and monitoring press freedom violations in the United States.

3. As part of its mission, FPF launched its "Trump Anti-Press Social Media Tracker" ("Tracker") in May 2019. The Tracker is a database of President Trump's social media posts attacking journalists, news organizations, and other members of the press. The Tracker pulls the text of each of President Trump's posts attacking the press and catalogues

the date of the post, the target of President Trump's attack, tags reflecting the overarching theme or themes of President Trump's attack, and specific types of attack. For the Tracker to serve its purpose, it is important for FPF to have consistent access to President Trump's posts on Truth Social.

4. I helped to build the Tracker and have primary responsibility for its operations. FPF personnel spent approximately 85 to 90 hours of dedicated work time building and launching the Tracker. As the person with primary responsibility for it, I personally have spent approximately 850 hours working on and maintaining the Tracker since its inception.

5. FPF launched the Tracker to enable journalists and researchers to better understand the scope and impact of President Trump's anti-press rhetoric, which has continued into his second term in office. The Tracker also allows journalists and researchers to access, in their original forms, President Trump's statements that have been subsequently deleted or modified. In my own work at FPF, I have used the Tracker to create several analyses and reports about President Trump's Truth Social posts, and I intend to continue relying on the Tracker for more of this work in the future.

6. In recent years the social media posts in which President Trump attacks the press have overwhelmingly come from Truth Social. As a result, accurately capturing and cataloging his attacks on the press on the Tracker depends on FPF's ability to access President Trump's statements on his Truth Social account. To collect such statements from Truth Social, FPF largely relies on an auto-archiving service that automatically and immediately collects President Trump's Truth Social posts in real time. FPF relies on this third-party service because President Trump, on a number occasions, has deleted his Truth Social posts, meaning that posts might disappear before FPF could collect and analyze them if

FPF updated the Tracker by manually saving posts from his account. The third-party service ensures that FPF collects complete versions of all the President's original posts, even those he deletes.

7. Regardless of the topic discussed in President Trump's Truth Social posts, and even when his posts discuss matters of public concern, public policy, or government action, President Trump's Truth Social posts are typically not accompanied by a corresponding announcement elsewhere by President Trump, the White House, or elsewhere within the government. As a result, his Truth Social posts are typically the only way to obtain or access the President Trump's public statements as they happen.

8. Based on publicly available information, I understand that Trump Media and Technology Group ("Trump Media") has launched a service referred to as Truth API, which sells early access to posts on President Trump's Truth Social account to subscribers for a monthly fee of $100,000 and provides subscribers access to the full catalog of the posts of that account.

9. Based on publicly available information, I also understand that as part of the roll out of Truth API, Trump Media has announced that it is taking steps to prevent third parties from archiving Truth Social accounts and other uses of Truth Social that Trump Media may assert are unauthorized.

10. Truth Social's terms of service prohibit "systematically retriev[ing] data or other content from [Truth Social] to create or compile, directly or indirectly, a collection, compilation, database, or directory without written permission from [Trump Media]."

11. Based on publicly available information, I understand that, after FPF filed the Complaint in this case, Trump Media asserted in a press interview that FPF, by obtaining President

Trump's pronouncements on Truth Social from other sources, was violating Truth Social's terms of service.

12. FPF is both unwilling and unable to subscribe to the Truth API because of its exorbitant cost and because FPF does not want to subsidize the speech of Truth Social.

13. FPF could and would use an API like Truth API to carry out its work, including in connection with its Tracker, if that API were made freely available to the public.

14. Truth API and its rollout interferes with FPF's work in several ways. Access to President Trump's Truth Social posts by both FPF and the third-party auto-archiving service on which the Tracker relies is now slower than the access of any current or future Truth API customers.

15. In addition, FPF's access to the President's past and future Truth Social posts is imperiled by Trump Media's new initiative to channel business toward the Truth API and its archive by preventing archiving by other parties. Trump Media has already stated publicly that it views FPF as violating Truth Social's terms of service, apparently by archiving President Trump's posts or relying on a service that does so. These actions jeopardize FPF's ability to access President Trump's announcements on Truth Social and has a negative impact on the Tracker, which is designed specifically to amalgamate President Trump's anti-press statements as they happen in furtherance of FPF's mission of protecting the free press.

16. By interfering with the Tracker's underlying data sources as described above, Defendants diminish the value of FPF's substantial investment of time, money, and resources in creating and operating the Tracker as it was designed and has operated until the rollout of Truth API.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on August 31, 2026, in New York.

Stephanie Sugars