**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-6867 |

**DECLARATION OF ANDREA DOBSON-FORSEE**

I, Andrea Dobson-Forsee, declare that I am over the age of 18 and competent to testify to the following facts:

1. I am counsel at Public Integrity Project, representing The Intercept and Freedom of the Press Foundation in this matter. I submit the declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the article entitled "Trump Media co-founders Andy Litinsky, Wes Moss to sue to keep stake in company" by Drew Harwell published in *The Washington Post* on February 29, 2024, which is available at and was downloaded from the following link: https://www.washingtonpost.com/technology/2024/02/29/truth-social-lawsuit-trump-media-founders/. According to *The Washington Post*, in 2021, President Trump created Truth Social's parent company, Trump Media & Technology Group ("Trump Media" or "TMTG"), and a few months later, launched Truth Social itself. Ex. 1.

3. **Exhibit 2** is a true and correct copy of an article entitled "Trump's social media site hits the app store a year after he was banned from Twitter" by Nell Clark published by *NPR* on February 22, 2022, which is available at and was downloaded from the following link: https://www.npr.org/2022/02/22/1082243094/trumps-social-media-app-launches-year-after-twitter-ban. *NPR* reports that the Truth Social app is "Twitter-like in its features and design, allowing users to build custom profiles, follow others, and create posts." Ex. 2.

4. **Exhibit 3** is a true and correct copy of the Statement of Changes in Beneficial Ownership form for Donald J. Trump filed with the United States Security and Exchange Commission (SEC) on December 19, 2024, which is available at and was downloaded from the following link: https://www.sec.gov/Archives/edgar/data/947033/000147450624000291/xslF345X05/primary_doc.xml. According to the SEC filing, in addition to creating Truth Social's parent company, President Trump remains—through a revocable trust for which he is the sole beneficiary—Trump Media's largest shareholder. Ex. 3.

5. **Exhibit 4** is a true and correct copy of the "Second Amended & Restated License, Likeness, Exclusivity, and Restrictive Covenant Agreement" between DTTM Operations, LLC and Trump Media & Technology Group Corp. dated February 11, 2024, which is available at and was downloaded from the following link, https://www.sec.gov/Archives/edgar/data/1849635/000119312524035214/d408563dex1017.htm. Under the license agreement, Trump agreed to "***FIRST*** channel any and all social media communications and posts coming from a DJT Personal Profile to Truth Social" and not to re-post them elsewhere for six hours. Ex. 4 at 2 (emphasis in original). Trump granted his company an "exclusive, worldwide" license to use his likeness to promote Truth Social, Ex. 4 at 4,

and Trump Media agreed not to "use any of the DJT Likeness in any manner that denigrates or causes the ridicule of the name, image, or reputation of Donald J. Trump," Ex. 4 at 5, or to disassociate itself from President Trump if he engaged in conduct that would "negatively reflect on TMTG's reputation or brand or be considered offensive, dishonest, illegal, immoral, or unethical, or otherwise harmful to TMTG's brand or reputation," Ex. 4 at 6-7.

6. **Exhibit 5** is a true and correct copy of the relevant excerpts of Trump Media and Technology Group Corp.'s Prospectus dated July 15, 2024, which is available at and was downloaded from the following link: https://www.sec.gov/Archives/edgar/data/1849635/000114036124033170/ny20031506x5_424b3.htm. The prospectus for Trump Media's initial public offering warned would-be shareholders that the business would suffer if President Trump curtailed his "politically related" speech on the platform, or if his public popularity decreased. Ex. 5 at 103, 129. The prospectus also makes clear that the company's "success depends in part on the popularity of its brand and the reputation and popularity of President Donald J. Trump." Ex. 5 at 14, 79.

7. **Exhibit 6** is a true and correct copy of the web page entitled "Trump Archive" that provides a "[c]omplete record of Donald Trump's public statements," which is available at and was downloaded from the following link: https://trump-archive.com/archive. The website was accessed on August 28, 2026 and converted into a PDF file. As of August 28, 2026, the website had recorded 11,235 Truth Social posts by Donald Trump in his second term. Ex. 6.

8. **Exhibit 7** is a true and correct copy of Truth Social posts by Donald J. Trump. The Truth Social posts are available at and were converted into PDF files from the links provided.[1]

[1] https://truthsocial.com/@realDonaldTrump/posts/113864692804149616;
https://truthsocial.com/@realDonaldTrump/posts/113874738288379518;
https://truthsocial.com/@realDonaldTrump/posts/113885433070959220;
https://truthsocial.com/@realDonaldTrump/posts/113896070273857964;

These Truth Social posts by President Trump announce military actions and ceasefires, direct foreign affairs, set trade policy, guide immigration enforcement, and announce the hiring and firing of government officials. Ex. 7.

9. **Exhibit 8** is a true and correct copy of Truth Social posts by Donald J. Trump on March 23, 2025 and July 15, 2025, which are available at and were converted into PDF files from the following links: https://truthsocial.com/@realDonaldTrump/posts/114212465033291057; https://truthsocial.com/@realDonaldTrump/posts/114859554812594090.

10. **Exhibit 9** is a true and correct copy of the article entitled "Do not give away Diego Garcia, Trump tells UK in fresh attack on Chagos deal" by Jaroslav Luki published by the *BBC* on February 29, 2026, which is available at and was downloaded from the following link: https://www.bbc.com/news/articles/c309qqyer8yo. According to the *BBC*, when asked in

---

https://truthsocial.com/@realDonaldTrump/posts/113872782548137314;
https://truthsocial.com/@realDonaldTrump/posts/113925800748181952;
https://truthsocial.com/@realDonaldTrump/posts/113909188940119917;
https://truthsocial.com/@realDonaldTrump/posts/115209549037822166;
https://truthsocial.com/@realDonaldTrump/posts/116591892659828831;
https://truthsocial.com/@realDonaldTrump/posts/114724035571020048;
https://truthsocial.com/@realDonaldTrump/posts/114734934153569653;
https://truthsocial.com/@realDonaldTrump/posts/115830428767897167;
https://truthsocial.com/@realDonaldTrump/posts/116750587569914985;
https://truthsocial.com/@realDonaldTrump/posts/117023461141824050;
https://truthsocial.com/@realDonaldTrump/posts/114071774104516883;
https://truthsocial.com/@realDonaldTrump/posts/114121529754059509;
https://truthsocial.com/@realDonaldTrump/posts/115401182824973489;
https://truthsocial.com/@realDonaldTrump/posts/114309144289505174;
https://truthsocial.com/@realDonaldTrump/posts/114942106248731470;
https://truthsocial.com/@realDonaldTrump/posts/114144217763824399;
https://truthsocial.com/@realDonaldTrump/posts/116109447886304328;
https://truthsocial.com/@realDonaldTrump/posts/116923585931908111;
https://truthsocial.com/@realDonaldTrump/posts/115362973187528235;
https://truthsocial.com/@realDonaldTrump/posts/114491534347862682;
https://truthsocial.com/@realDonaldTrump/posts/113977224933701762;
https://truthsocial.com/@realDonaldTrump/posts/116336247856387679;
https://truthsocial.com/@realDonaldTrump/posts/116178030946996760;
https://truthsocial.com/@realDonaldTrump/posts/115092130707196133.

February whether one of Trump's posts represented the policy of the United States, then-White House Press Secretary Karoline Leavitt said that:

> The post should be taken as the policy of the Trump Administration. It's coming straight from the horse's mouth. When you see it on Truth Social, you know it's directly from President Trump. That's the beauty of this President and his transparency in relaying this Administration's policies to all of you and to the rest of the world.

Ex. 9.

11. **Exhibit 10** is a true and correct copy of the article entitled "Trump shifts blame to aide as he refuses to apologize for racist videos of Obamas" by Hugo Lowell published by *The Guardian* on February 7, 2026, which is available at and was downloaded from the following link: https://www.theguardian.com/us-news/2026/feb/07/white-house-blame-trump-racist-video.

12. **Exhibit 11** is a true and correct copy of the article entitled "Dan Scavino is the other @realdonaldtrump" by Eliana Johnson published by *Politico* on June 10, 2017, which is available at and was downloaded from the following link: https://www.politico.com/story/2017/06/10/dan-scavino-trump-social-media-profile-239381.

13. **Exhibit 12** is a true and correct copy of the article entitled "Watch: Behind-the-scenes video reveals how Trump posts on social media" by Cameron Henderson published by *The Telegraph* on November 8, 2024, which is available at and was downloaded from the following link: https://www.telegraph.co.uk/us/politics/2024/11/08/watch-fascinating-behind-the-scenes-video-reveals-how-trump/ (video only accessible via link). According to this public reporting, President Trump relies on Defendants Natalie Harp and Daniel Scavino to draft and publish many of his posts. *See* Exs. 10, 11, 12.

14. **Exhibit 13** is a true and correct copy of Trump Media and Technology Group Corp.'s announcement via *Globe Newswire* entitled "Trump Media and Technology Group

Launches Truth API, a New Licensed Data Service for Financial Service Partners That Provides the Fastest Access to Truth Social's Most Influential Accounts" dated July 16, 2024, which is available at and was downloaded from the following link: https://www.sec.gov/Archives/edgar/data/1849635/000143774926023709/ex_988917.htm. The announcement described "Truth API" as a "new business-to-business data feed that provides licensed, real-time access to posts from the highest-ranking Truth Social accounts" and was designed to target "organizations that place a premium on immediate, verified access" to information. Ex. 13. Trump Media CEO Kevin McGurn explained:

> Markets already move on Truth Social posts. Truth API delivers a direct, licensed, real-time feed of the platform's most market-moving Truths while advancing our strategy to monetize proprietary assets through a high-margin, recurring revenue stream. As adoption grows, we expect Truth API to become a meaningful, ongoing source of revenue for the company, creating lasting value for shareholders.

Ex. 13. Trump Media said that it had already signed up customers even before the launch of the service. Ex. 13.

15. **Exhibit 14** is a true and correct copy of an article titled "Truth Social to sell trading firms 'fastest' access to Trump's posts" by Deborah May Sophia and Saqib Iqbal Ahmed published by *Reuters* on July 16, 2026, which is available at and was downloaded from the following link: https://www.reuters.com/technology/trump-media-unveils-data-feed-businesses-tracking-truth-social-posts-2026-07-16/. According to *Reuters*, Truth API is a paywalled feed that delivers posts from "the 10 most influential accounts" to paying users "significantly faster" than those same posts are delivered to the public, as well as providing "a historical archive of posts dating back to 2022." Ex. 14.

16. **Exhibit 15** is a true and correct copy of an article entitled "Paid Access to Truth Social Is Here—Who Runs the Most Influential Accounts?" by Alice Gibbs published in

*Newsweek* on August 3, 2026, which is available at and was downloaded from the following link: https://www.newsweek.com/paid-access-to-truth-social-is-here-who-runs-the-most-influential-accounts-12276562. According to *Newsweek*, the ten most popular accounts on Truth Social include President Donald Trump, Defendant and White House Deputy Chief of Staff Daniel Scavino, the White House itself, Vice President JD Vance, FBI Director Kash Patel, then-White House Press Secretary Karoline Leavitt, Transportation Secretary Sean Duffy, and Health and Human Services Secretary Robert F. Kennedy Jr. Ex. 15. President Trump's account is far and away Truth Social's most followed account with around 13 million followers. Ex. 15.

17. **Exhibit 16** is a true and correct copy of an article entitled "How Wall Street's Bots Are Cashing In on Trump's Truth Social Posts" by Gunjan Banerji, Caitlin Ostroff, and Krystal Hur published in *The Wall Street Journal* on July 22, 2026, which is available at and was downloaded from the following link: https://www.wsj.com/finance/stocks/how-wall-streets-bots-are-cashing-in-on-trumps-truth-social-posts-572f9dfd?st=D3DWNM (archived at http://archive.today/6Hdo2). According to *The Wall Street Journal*, access to Truth API costs $100,000 per month, or $60,000 per month if users commit to subscribing for three years. Ex. 16. Firms are incentivized to "pay for an even faster readout of the president's posts," which have previously "caused swings of more than 2% in almost two dozen energy and industrial stocks." Ex. 16. The article also provides insight into the process for signing up for Truth API—Trump Media is "pitch[ing]" firms they want to sell their feed to. Ex. 16. As far as I am aware, there is no publicly available way to sign up for access to Truth API without contacting Trump Media and receiving its approval, allowing Trump Media to choose who is allowed to subscribe to Truth API.

18. **Exhibit 17** is a true and correct copy of a transcript from Trump Media and Technology Group's Second Quarter 2026 Earnings Call on August 10, 2026, which is available

at and was downloaded from the following link: https://www.sec.gov/Archives/edgar/data/1849635/000143774926027049/djt20260811_425.htm. In the earnings call, McGurn said that the company had already signed up more than ten customers. Ex. 17 at 4. McGurn said that Truth API was "designed to serve . . . news and media organizations," and that it was "in active conversations with . . . some of the largest news organizations" to pay for the service. Ex. 17 at 4. McGurn also vowed that the company imminently plans to take steps to prevent and "deter" third-party "scraping" of Truth Social posts. Ex. 17 at 6.

19. **Exhibit 18** is a true and correct copy of a transcript of a video recording of an interview with Trump Media CEO Kevin McGurn on CNBC on August 24, 2026. The video can be accessed at the following link: https://www.cnbc.com/2026/08/24/trump-media-ceo-truth-api.html. I reviewed the transcript and confirmed it is accurate as to the video. In the interview, Trump Media CEO Kevin McGurn stated that the company had already secured more than ten subscribers, including "one of the largest financial data and information distributors" in the world. Ex. 18 at 3 (video at 5:05).

20. **Exhibit 19** is a true and correct copy of an article entitled "Trump sued over Truth Social's $100,000 early access service" by Francisco Velasquez published by *BBC* on August 12, 2026, which is available at and was downloaded from the following link: https://www.bbc.com/news/articles/cq6dpm5y0yyo. A spokesperson for Trump Media responded to this lawsuit in a statement to the BBC by incorrectly accusing Plaintiff FPF of running afoul of Truth Social's anti-scraping initiative, which is part of the rollout of Truth API. Ex. 19.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31 day of August, 2026, in Maryland.

Andrea Dobson-Forsee