# EXHIBIT 3

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

1. Name and Address of Reporting Person*

TRUMP DONALD J

(Last) (First) (Middle)

C/O TRUMP MEDIA & TECHNOLOGY GROUP CORP.

401 N. CATTLEMEN RD., SUITE 200

(Street)

SARASOTA FL 34232

(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol

Trump Media & Technology Group Corp. [ DJT ]

3. Date of Earliest Transaction (Month/Day/Year)

12/17/2024

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

Director | X 10% Owner

Officer (give title below) | Other (specify below)

6. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person

Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, par value $0.0001 per share | 12/17/2024 | | G | | 114,750,000[(1)] | D | $0 | 0[(1)] | D | |
| Common Stock, par value $0.0001 per share | | | | | | | | 114,750,000[(1)(2)] | I | Held by Donald J. Trump Revocable Trust Dated April 7, 2014 |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The reporting person transferred 114,750,000 shares of common stock of Trump Media & Technology Group Corp. on December 17, 2024 as a bona fide gift to Donald J. Trump Revocable Trust Dated April 7, 2014 (the "Trust") for no consideration. Following the transaction, the reporting person directly owned 0 shares of Trump Media & Technology Group Corp. and indirectly owned 114,750,000 shares of Trump Media & Technology Group Corp. The reporting person is the settlor and sole beneficiary of the Trust. A member of the reporting person's immediate family is the trustee of the Trust and has sole voting and investment power over all securities owned by the Trust. The reporting person did not sell any shares as part of the transaction reported on this Form 4.

2. Includes 553,176 shares of common stock of Trump Media & Technology Group Corp. beneficially owned by the Trust held in an escrow account for the benefit of the Trust. Such shares will be released to the Trust, if at all, on March 25, 2025.

| | |
|---|---|
| /s/ Nelson Mullins Riley & Scarborough LLP, Attorney-in-Fact | 12/19/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**