# EXHIBIT 6

MONTHLY INDEX

# Trump Archive

Complete record of Donald Trump's public statements — Truth Social posts, speeches, press conferences, executive orders, and White House documents. Browse by month or search the full archive.

**13,594** total items **11,235** Truth Social posts **1,740** speeches & transcripts

## August 2026

**949** items

54 speeches & transcripts 874 Truth Social posts 21 White House documents

## July 2026

**805** items

76 speeches & transcripts 706 Truth Social posts 23 White House documents

## June 2026

**754** items

87 speeches & transcripts 644 Truth Social posts 23 White House documents

## May 2026

**908** items

81 speeches & transcripts 811 Truth Social posts 16 White House documents

## April 2026

**700** items

120 speeches & transcripts 549 Truth Social posts 31 White House documents

## March 2026
680 items

120 speeches & transcripts 538 Truth Social posts 22 White House documents

## February 2026
633 items

62 speeches & transcripts 555 Truth Social posts 16 White House documents

## January 2026
749 items

123 speeches & transcripts 606 Truth Social posts 20 White House documents

## December 2025
555 items

61 speeches & transcripts 476 Truth Social posts 18 White House documents

## November 2025
684 items

58 speeches & transcripts 609 Truth Social posts 17 White House documents

## October 2025
606 items

101 speeches & transcripts 482 Truth Social posts 23 White House documents

## September 2025
535 items

90 speeches & transcripts 415 Truth Social posts 30 White House documents

## August 2025
654 items

57 speeches & transcripts 570 Truth Social posts 27 White House documents

## July 2025
721 items

79 speeches & transcripts 613 Truth Social posts 29 White House documents

## June 2025

**615** items

81 speeches & transcripts 504 Truth Social posts 30 White House documents

## May 2025

**647** items

93 speeches & transcripts 515 Truth Social posts 39 White House documents

## April 2025

**610** items

86 speeches & transcripts 461 Truth Social posts 63 White House documents

## March 2025

**768** items

85 speeches & transcripts 638 Truth Social posts 45 White House documents

## February 2025

**639** items

86 speeches & transcripts 504 Truth Social posts 49 White House documents

## January 2025

**287** items

45 speeches & transcripts 165 Truth Social posts 77 White House documents

## June 2023

**1** items

1 speech / transcript

## November 2019

**1** items

1 speech / transcript

## February 2019

**6** items

6 speeches & transcripts

## November 2018

**1** items

1 speech / transcript

## April 2018

**1** items

1 speech / transcript

## January 2018

**1** items

1 speech / transcript

## April 2017

**1** items

1 speech / transcript

## November 2016

**49** items

49 speeches & transcripts

## April 2016

**2** items

2 speeches & transcripts

## March 2016

**1** items

1 speech / transcript

## February 2016

**3** items

3 speeches & transcripts

## January 2016

**1** items

1 speech / transcript

## November 2015

**1** items

1 speech / transcript

## September 2015

**2** items

2 speeches & transcripts

## June 2014

**1** items

1 speech / transcript

## March 2012

**1** items

1 speech / transcript

## February 2012

**1** items

1 speech / transcript

## April 2011

**1** items

1 speech / transcript

## January 2011

**1** items

1 speech / transcript

## January 2010

**1** items

1 speech / transcript

## December 2007

**1** items

1 speech / transcript

## November 2007

**1** items

1 speech / transcript

## June 2005

**1** items

1 speech / transcript

## February 2004

**1** items

1 speech / transcript

## August 2001

**1** items

1 speech / transcript

## March 2000

**1** items

1 speech / transcript

## February 2000

**1** items

1 speech / transcript

## October 1999

**1** items

1 speech / transcript

## September 1999

**1** items

1 speech / transcript

## June 1999

**1** items

1 speech / transcript

### May 1999

**1** items

1 speech / transcript

### August 1990

**1** items

1 speech / transcript

### November 1989

**1** items

1 speech / transcript

### May 1989

**1** items

1 speech / transcript

### November 1987

**1** items

1 speech / transcript

### March 1984

**1** items

1 speech / transcript

### October 1980

**1** items

1 speech / transcript

### June 1976

**1** items

1 speech / transcript

## About the Trump Archive

The Trump Archive is an independent, non-partisan record of Donald Trump's public statements since January 2025. Every Truth Social post, speech transcript, press conference, executive order, and official White House document is indexed and searchable by date.

Transcripts are sourced from Roll Call Factbase and the official White House website. Truth Social posts are archived daily. The archive is updated automatically each day.

Use the calendar on the homepage to browse by date, or navigate to any month above to view that day's statements.

---

Trump Archive An open-source, independent project. Not affiliated with any political party or organization.