# EXHIBIT 7

TRUTH.

# Truth Details

6093 replies

Donald J. Trump
@realDonaldTrump

Our first day in the White House is not over yet! My Presidential Personnel Office is actively in the process of identifying and removing over a thousand Presidential Appointees from the previous Administration, who are not aligned with our vision to Make America Great Again.

Let this serve as Official Notice of Dismissal for these 4 individuals, with many more, coming soon:

Jose Andres from the President's Council on Sports, Fitness and Nutrition, Mark Milley from the National Infrastructure Advisory Council, Brian Hook from the Wilson Center for Scholars, and Keisha Lance Bottoms from the President's Export Council—YOU'RE FIRED!

**17.5k** ReTruths **85.5k** Likes Jan 20, 2025, 9:28 PM

TRUTH.

## ← Truth Details

452 replies

**Donald J. Trump**
@realDonaldTrump

I am pleased to announce that Andrew F. Puzder will serve as the next United States Ambassador to the European Union. Andy is a successful attorney, businessman, economic commentator, and author. In 2000, he was named Chief Executive Officer of CKE Restaurants, Inc., parent of international restaurant chains Carl's Jr and Hardee's. During his 17 year tenure as CEO, Andy led the company out of serious financial difficulty, allowing it to survive, become financially secure, and grow. Andy will do an excellent job representing our Nation's interests in this important region.

Congratulations Andy!

**3.79k** ReTruths **21.7k** Likes Jan 22, 2025, 4:03 PM

TRUTH.

← **Truth Details**
519 replies

**Donald J. Trump**
@realDonaldTrump

I am pleased to announce that Jared Novelly will serve as the next United States Ambassador to New Zealand and the Independent State of Samoa.

Jared is a highly respected philanthropist, and Chairman of Crest Sports and Entertainment and Crest Management. He will fight hard to protect our Nation's interests in the Indo-Pacific, and always put AMERICA FIRST.

Congratulations Jared!

**3.4k** ReTruths **20.6k** Likes Jan 24, 2025, 1:23 PM

**Donald J. Trump**
@realDonaldTrump

I was just informed that two repatriation flights from the United States, with a large number of Illegal Criminals, were not allowed to land in Colombia. This order was given by Colombia's Socialist President Gustavo Petro, who is already very unpopular amongst his people. Petro's denial of these flights has jeopardized the National Security and Public Safety of the United States, so I have directed my Administration to immediately take the following urgent and decisive retaliatory measures:

-Emergency 25% tariffs on all goods coming into the United States. In one week, the 25% tariffs will be raised to 50%.

-A Travel Ban and immediate Visa Revocations on the Colombian Government Officials, and all Allies and Supporters.

-Visa Sanctions on all Party Members, Family Members, and Supporters of the Colombian Government.

-Enhanced Customs and Border Protection Inspections of all Colombian Nationals and Cargo on national security grounds.

-IEEPA Treasury, Banking and Financial Sanctions to be fully imposed.

These measures are just the beginning. We will not allow the Colombian Government to violate its legal obligations with regard to the acceptance and return of the Criminals they forced into the United States!

**28.3k** ReTruths **118k** Likes Jan 26, 2025, 10:28 AM

TRUTH.

← **Truth Details**

5355 replies

**Donald J. Trump**
@realDonaldTrump

I'm not looking to hurt Russia. I love the Russian people, and always had a very good relationship with President Putin - and this despite the Radical Left's Russia, Russia, Russia HOAX. We must never forget that Russia helped us win the Second World War, losing almost 60,000,000 lives in the process. All of that being said, I'm going to do Russia, whose Economy is failing, and President Putin, a very big FAVOR. Settle now, and STOP this ridiculous War! IT'S ONLY GOING TO GET WORSE. If we don't make a "deal," and soon, I have no other choice but to put high levels of Taxes, Tariffs, and Sanctions on anything being sold by Russia to the United States, and various other participating countries. Let's get this war, which never would have started if I were President, over with! We can do it the easy way, or the hard way - and the easy way is always better. It's time to "MAKE A DEAL." NO MORE LIVES SHOULD BE LOST!!!

**15.6k** ReTruths **73.9k** Likes Jan 22, 2025, 7:46 AM

TRUTH.

Truth Details

1240 replies

Donald J. Trump

@realDonaldTrump

Just been informed that we are bringing six hostages home from Venezuela. Thank you to Ric Grenell and my entire staff. Great job!

**8.25k** ReTruths **45.1k** Likes Jan 31, 2025, 4:29 PM

TRUTH.

## Truth Details

1483 replies

Donald J. Trump
@realDonaldTrump

I have just asked Elon Musk and @SpaceX to "go get" the 2 brave astronauts who have been virtually abandoned in space by the Biden Administration. They have been waiting for many months on @Space Station. Elon will soon be on his way. Hopefully, all will be safe. Good luck Elon!!!

**7.47k** ReTruths **36.2k** Likes Jan 28, 2025, 6:04 PM

TRUTH.

## Truth Details

2351 replies

**Donald J. Trump**
@realDonaldTrump

Congressional Republicans, including Leader John Thune and Speaker Mike Johnson, are working on a short term "CLEAN" extension of Government Funding to stop Cryin' Chuck Schumer from shutting down the Government. In times like these, Republicans have to stick TOGETHER to fight back against the Radical Left Democrat demands, and vote "YES!" on both Votes needed to pass a Clean CR this week out of the House of Representatives. Democrats want the Government to shut down. Republicans want the Government to OPEN. Democrats love CRIME, Republicans make our Country SAFE — WE HATE CRIME. FAILURE IS NOT AN OPTION. Thank you for your attention to this matter! President DJT




**5.55k** ReTruths **21.2k** Likes Sep 15, 2025, 10:43 AM

← **Truth Details**
205 replies

Donald J. Trump
@realDonaldTrump

# BYE BYE, "Fast Boats"



**2.54k** ReTruths **13.2k** Likes May 17, 2026, 4:51 PM

TRUTH.

## Truth Details

10716 replies

**Donald J. Trump**
@realDonaldTrump

We have completed our very successful attack on the three Nuclear sites in Iran, including Fordow, Natanz, and Esfahan. All planes are now outside of Iran air space. A full payload of BOMBS was dropped on the primary site, Fordow. All planes are safely on their way home. Congratulations to our great American Warriors. There is not another military in the World that could have done this. NOW IS THE TIME FOR PEACE! Thank you for your attention to this matter.

**20.4k** ReTruths **104k** Likes Jun 21, 2025, 4:50 PM

TRUTH.

## Truth Details

13956 replies

Donald J. Trump
@realDonaldTrump

CONGRATULATIONS TO EVERYONE! It has been fully agreed by and between Israel and Iran that there will be a Complete and Total CEASEFIRE (in approximately 6 hours from now, when Israel and Iran have wound down and completed their in progress, final missions!), for 12 hours, at which point the War will be considered, ENDED! Officially, Iran will start the CEASEFIRE and, upon the 12th Hour, Israel will start the CEASEFIRE and, upon the 24th Hour, an Official END to THE 12 DAY WAR will be saluted by the World. During each CEASEFIRE, the other side will remain PEACEFUL and RESPECTFUL. On the assumption that everything works as it should, which it will, I would like to congratulate both Countries, Israel and Iran, on having the Stamina, Courage, and Intelligence to end, what should be called, "THE 12 DAY WAR." This is a War that could have gone on for years, and destroyed the entire Middle East, but it didn't, and never will! God bless Israel, God bless Iran, God bless the Middle East, God bless the United States of America, and GOD BLESS THE WORLD!

DONALD J. TRUMP,
PRESIDENT OF THE UNITED STATES OF AMERICA

**28.4k** ReTruths **124k** Likes Jun 23, 2025, 3:02 PM

TRUTH.

← **Truth Details** •••

16081 replies

**Donald J. Trump**

@realDonaldTrump

The United States of America has successfully carried out a large scale strike against Venezuela and its leader, President Nicolas Maduro, who has been, along with his wife, captured and flown out of the Country. This operation was done in conjunction with U.S. Law Enforcement. Details to follow. There will be a News Conference today at 11 A.M., at Mar-a-Lago. Thank you for your attention to this matter! President DONALD J. TRUMP

**24.3k** ReTruths **96.9k** Likes Jan 03, 2026, 1:21 AM

TRUTH.

## Truth Details

12943 replies

**Donald J. Trump**
@realDonaldTrump

The Deal with the Islamic Republic of Iran is now complete. Congratulations to all! I hereby fully authorize the toll free opening of the Strait of Hormuz, and, simultaneously herewith, authorize the immediate removal of the United States Naval blockade. Ships of the World, start your engines. Let the oil flow! President DONALD J. TRUMP

**19.3k** ReTruths **84.4k** Likes Jun 14, 2026, 2:29 PM

TRUTH.

# ← Truth Details

9677 replies



**Donald J. Trump**
@realDonaldTrump

The U.S.A. is locked and loaded and ready to go against the Islamic Republic of Iran, at levels of Military Terror, Strength, and Power not seen since World War II. Despite this, we have just been asked by Iran, and other Middle Eastern Countries, to hold off any attack in that the perimeters of a deal has been agreed to. This would include the Immediate, Complete, and Total OPENING OF THE HORMUZ STRAIT, and an end to Iran's nuclear threat. Based on this request, I have agreed, for the future benefit of the WORLD and, likewise, the survival of a successful and prosperous Iran, to cancel the attack, subject to being able to rapidly make a DEAL. The Country of Israel joins me in this commitment. Get to work, everybody, and get it DONE. Thank you for your attention to this matter! President DONALD J. TRUMP

**6.67k** ReTruths **25.2k** Likes Aug 01, 2026, 7:05 PM

TRUTH.

## Truth Details

1515 replies

Donald J. Trump

@realDonaldTrump

We are hereby reversing the concessions that Crooked Joe Biden gave to Nicolás Maduro, of Venezuela, on the oil transaction agreement, dated November 26, 2022, and also having to do with Electoral conditions within Venezuela, which have not been met by the Maduro regime. Additionally, the regime has not been transporting the violent criminals that they sent into our Country (the Good Ole' U.S.A.) back to Venezuela at the rapid pace that they had agreed to. I am therefore ordering that the ineffective and unmet Biden "Concession Agreement" be terminated as of the March 1st option to renew. Thank you for your attention to this matter!

**9.12k** ReTruths **45.3k** Likes Feb 26, 2025, 11:12 AM

TRUTH.

← **Truth Details**

2195 replies



**Donald J. Trump**

@realDonaldTrump

South Africa is being terrible, plus, to long time Farmers in the country. They are confiscating their LAND and FARMS, and MUCH WORSE THAN THAT. A bad place to be right now, and we are stopping all Federal Funding. To go a step further, any Farmer (with family!) from South Africa, seeking to flee that country for reasons of safety, will be invited into the United States of America with a rapid pathway to Citizenship. This process will begin immediately!

**7.37k** ReTruths **30.6k** Likes Mar 07, 2025, 6:05 AM

TRUTH.

← **Truth Details**

4222 replies

**Donald J. Trump**
@realDonaldTrump

President Gustavo Petro, of Colombia, is an illegal drug leader strongly encouraging the massive production of drugs, in big and small fields, all over Colombia. It has become the biggest business in Colombia, by far, and Petro does nothing to stop it, despite large scale payments and subsidies from the USA that are nothing more than a long term rip off of America. AS OF TODAY, THESE PAYMENTS, OR ANY OTHER FORM OF PAYMENT, OR SUBSIDIES, WILL NO LONGER BE MADE TO COLOMBIA. The purpose of this drug production is the sale of massive amounts of product into the United States, causing death, destruction, and havoc. Petro, a low rated and very unpopular leader, with a fresh mouth toward America, better close up these killing fields immediately, or the United States will close them up for him, and it won't be done nicely. Thank you for your attention to this matter! President Donald J. Trump

**13.5k** ReTruths **60.6k** Likes Oct 19, 2025, 6:58 AM

TRUTH.

## Truth Details

7358 replies

**Donald J. Trump**
@realDonaldTrump

Based on the lack of respect that China has shown to the World's Markets, I am hereby raising the Tariff charged to China by the United States of America to 125%, effective immediately. At some point, hopefully in the near future, China will realize that the days of ripping off the U.S.A., and other Countries, is no longer sustainable or acceptable. Conversely, and based on the fact that more than 75 Countries have called Representatives of the United States, including the Departments of Commerce, Treasury, and the USTR, to negotiate a solution to the subjects being discussed relative to Trade, Trade Barriers, Tariffs, Currency Manipulation, and Non Monetary Tariffs, and that these Countries have not, at my strong suggestion, retaliated in any way, shape, or form against the United States, I have authorized a 90 day PAUSE, and a substantially lowered Reciprocal Tariff during this period, of 10%, also effective immediately. Thank you for your attention to this matter!

**16.4k** ReTruths **76.9k** Likes Apr 09, 2025, 10:18 AM

TRUTH.

← **Truth Details**

2601 replies

**Donald J. Trump**
@realDonaldTrump

Remember, while India is our friend, we have, over the years, done relatively little business with them because their Tariffs are far too high, among the highest in the World, and they have the most strenuous and obnoxious non-monetary Trade Barriers of any Country. Also, they have always bought a vast majority of their military equipment from Russia, and are Russia's largest buyer of ENERGY, along with China, at a time when everyone wants Russia to STOP THE KILLING IN UKRAINE — ALL THINGS NOT GOOD! INDIA WILL THEREFORE BE PAYING A TARIFF OF 25%, PLUS A PENALTY FOR THE ABOVE, STARTING ON AUGUST FIRST. THANK YOU FOR YOUR ATTENTION TO THIS MATTER. MAGA!

**8.53k** ReTruths **41.2k** Likes Jul 30, 2025, 5:09 AM

TRUTH.

← **Truth Details**

6399 replies

•••

**Donald J. Trump**

@realDonaldTrump

Based on Ontario, Canada, placing a 25% Tariff on "Electricity" coming into the United States, I have instructed my Secretary of Commerce to add an ADDITIONAL 25% Tariff, to 50%, on all STEEL and ALUMINUM COMING INTO THE UNITED STATES FROM CANADA, ONE OF THE HIGHEST TARIFFING NATIONS ANYWHERE IN THE WORLD. This will go into effect TOMORROW MORNING, March 12th. Also, Canada must immediately drop their Anti-American Farmer Tariff of 250% to 390% on various U.S. dairy products, which has long been considered outrageous. I will shortly be declaring a National Emergency on Electricity within the threatened area. This will allow the U.S to quickly do what has to be done to alleviate this abusive threat from Canada. If other egregious, long time Tariffs are not likewise dropped by Canada, I will substantially increase, on April 2nd, the Tariffs on Cars coming into the U.S. which will, essentially, permanently shut down the automobile manufacturing business in Canada. Those cars can easily be made in the USA! Also, Canada pays very little for National Security, relying on the United States for military protection. We are subsidizing Canada to the tune of more than 200 Billion Dollars a year. WHY??? This cannot continue. The only thing that makes sense is for Canada to become our cherished Fifty First State. This would make all Tariffs, and everything else, totally disappear. Canadians' taxes will be very substantially reduced, they will be more secure, militarily and otherwise, than ever before, there would no longer be a Northern Border problem, and the greatest and most powerful nation in the World will be bigger, better and stronger than ever — And Canada will be a big part of that. The artificial line of separation drawn many years ago will finally disappear, and we will have the safest and most beautiful Nation anywhere in the World — And your brilliant anthem, "O Canada," will continue to play, but now representing a GREAT and POWERFUL STATE within the greatest Nation that the World has ever seen!

**12.7k** ReTruths **53.6k** Likes Mar 11, 2025, 7:15 AM

TRUTH.

## Truth Details

3004 replies

Donald J. Trump
@realDonaldTrump

Based on a thorough, detailed, and complete review of the ridiculous, poorly written, and extraordinarily anti-American decision on Tariffs issued yesterday, after MANY months of contemplation, by the United States Supreme Court, please let this statement serve to represent that I, as President of the United States of America, will be, effective immediately, raising the 10% Worldwide Tariff on Countries, many of which have been "ripping" the U.S. off for decades, without retribution (until I came along!), to the fully allowed, and legally tested, 15% level. During the next short number of months, the Trump Administration will determine and issue the new and legally permissible Tariffs, which will continue our extraordinarily successful process of Making America Great Again - GREATER THAN EVER BEFORE!!! Thank you for your attention to this matter. President DONALD J. TRUMP

**7.05k** ReTruths **26.4k** Likes Feb 21, 2026, 7:59 AM

TRUTH.

**Truth Details**
2147 replies

Donald J. Trump
@realDonaldTrump

The men and women of ICE are doing a GREAT job, one that has to be done. CRIME IS WAY DOWN IN AMERICA, in many cases with numbers that haven't been seen in decades. The Open Border Policy of Sleepy Joe Biden allowed 25,000,000 people to pour into our Country, unchecked and unvetted. Many were Criminals, and we have to get them out. In order to do this, we must be strong, tough, and smart, and we CANNOT give up one of I.C.E.'s most important and effective Crime Fighting tools, THE TRAFFIC STOP! Once we do, we are playing right into the criminal's hands. The Radical Left Dumocrats would like to see this done, but it won't happen on my watch. I.C.E., be judicious, fair and smart, and go back and do your very important job. Keep those Crime Stat Records coming! Remember, you are loved and respected in America. Thank you for your attention to this matter! PRESIDENT DONALD J. TRUMP

**6.13k** ReTruths **23.5k** Likes Jul 15, 2026, 3:45 AM

TRUTH.

← **Truth Details**

1499 replies

...

**Donald J. Trump**

@realDonaldTrump

Throughout most of our History, America's Colleges and Universities have been a Great Strategic Asset of the United States. Tragically, however, much of Higher Education has lost its way, and is now corrupting our Youth and Society with WOKE, SOCIALIST, and ANTI-AMERICAN Ideology that serves as justification for discriminatory practices by Universities that are Unconstitutional and Unlawful. My Administration is fixing this, and FAST, with our Great Reform Agenda in Higher Education. Our Nation's Great Institutions will once again prioritize Merit and Hard Work before "group identity," resulting in tremendous new Research and Opportunity to benefit all Americans, and Equality being honored in American Businesses, Courts, and Culture.

To those Universities that continue to illegally discriminate based on Race or Sex, we will continue our current efforts to swiftly and forcefully enforce Federal Law. But for those Institutions that want to quickly return to the pursuit of Truth and Achievement, they are invited to enter into a forward looking Agreement with the Federal Government to help bring about the Golden Age of Academic Excellence in Higher Education. They will agree to follow Federal Law, and protect the Civil Rights of ALL Students, Faculty, and Employees on Campuses. They will stop racist Admission Policies, and put an end to unjust and illegal discrimination in Faculty Hiring. These Institutions will commit to High Quality Standards, an Intellectually Open Campus Environment (including the protection of Free Speech and Debate), Institutional Neutrality, major steps toward Affordability for Students, and an end to the entanglement of Foreign Money in the Finances of American Universities. Americans deserve to be treated in accordance with their demonstrated achievements and potential, and upon regaining this fundamentally American Value, our Nation will be unstoppable. We will once again have Universities that develop the talents of our amazing young people to lead lives of Success and

Fulfillment, cultivate a Love of Country and a Culture of Achievement, and help make all Americans proud, safe, prosperous, and free!

**7.11k** ReTruths **27.8k** Likes Oct 12, 2025, 1:01 PM

TRUTH.

← **Truth Details**
8351 replies

**Donald J. Trump**
@realDonaldTrump

For many years the World has wondered why Prescription Drugs and Pharmaceuticals in the United States States of America were SO MUCH HIGHER IN PRICE THAN THEY WERE IN ANY OTHER NATION, SOMETIMES BEING FIVE TO TEN TIMES MORE EXPENSIVE THAN THE SAME DRUG, MANUFACTURED IN THE EXACT SAME LABORATORY OR PLANT, BY THE SAME COMPANY??? It was always difficult to explain and very embarrassing because, in fact, there was no correct or rightful answer. The Pharmaceutical/Drug Companies would say, for years, that it was Research and Development Costs, and that all of these costs were, and would be, for no reason whatsoever, borne by the "suckers" of America, ALONE. Campaign Contributions can do wonders, but not with me, and not with the Republican Party. We are going to do the right thing, something that the Democrats have fought for many years. Therefore, I am pleased to announce that Tomorrow morning, in the White House, at 9:00 A.M., I will be signing one of the most consequential Executive Orders in our Country's history. Prescription Drug and Pharmaceutical prices will be REDUCED, almost immediately, by 30% to 80%. They will rise throughout the World in order to equalize and, for the first time in many years, bring FAIRNESS TO AMERICA! I will be instituting a MOST FAVORED NATION'S POLICY whereby the United States will pay the same price as the Nation that pays the lowest price anywhere in the World. Our Country will finally be treated fairly, and our citizens Healthcare Costs will be reduced by numbers never even thought of before. Additionally, on top of everything else, the United States will save TRILLIONS OF DOLLARS. Thank you for your attention to this matter. MAKE AMERICA GREAT AGAIN!

**24.6k** ReTruths **101k** Likes May 11, 2025, 3:22 PM

TRUTH.

## ← Truth Details

2982 replies

**Donald J. Trump**
@realDonaldTrump

For far too long the United States has minted pennies which literally cost us more than 2 cents. This is so wasteful! I have instructed my Secretary of the US Treasury to stop producing new pennies. Let's rip the waste out of our great nations budget, even if it's a penny at a time.

**9.08k** ReTruths **48.4k** Likes Feb 09, 2025, 6:27 PM

TRUTH.

## ← Truth Details

9316 replies

**Donald J. Trump**
@realDonaldTrump

Pam Bondi is a Great American Patriot and a loyal friend, who faithfully served as my Attorney General over the past year. Pam did a tremendous job overseeing a massive crackdown in Crime across our Country, with Murders plummeting to their lowest level since 1900. We love Pam, and she will be transitioning to a much needed and important new job in the private sector, to be announced at a date in the near future, and our Deputy Attorney General, and a very talented and respected Legal Mind, Todd Blanche, will step in to serve as Acting Attorney General. Thank you for your attention to this matter! President DONALD J. TRUMP

**11.5k** ReTruths **51k** Likes Apr 02, 2026, 10:17 AM

TRUTH.

← **Truth Details**
7410 replies

**Donald J. Trump**
@realDonaldTrump

I am pleased to announce that the Highly Respected United States Senator from the Great State of Oklahoma, Markwayne Mullin, will become the United States Secretary of Homeland Security (DHS), effective March 31, 2026. The current Secretary, Kristi Noem, who has served us well, and has had numerous and spectacular results (especially on the Border!), will be moving to be Special Envoy for The Shield of the Americas, our new Security Initiative in the Western Hemisphere we are announcing on Saturday in Doral, Florida. I thank Kristi for her service at "Homeland."

Serving 10 years in the United States House of Representatives, and 3 in the Senate, Markwayne has done a tremendous job representing the wonderful People of Oklahoma, where I won all 77 out of 77 Counties — in 2016, 2020, and 2024! A MAGA Warrior, and former undefeated professional MMA fighter, Markwayne truly gets along well with people, and knows the Wisdom and Courage required to Advance our America First Agenda. As the only Native American in the Senate, Markwayne is a fantastic advocate for our incredible Tribal Communities. Markwayne will work tirelessly to Keep our Border Secure, Stop Migrant Crime, Murderers, and other Criminals from illegally entering our Country, End the Scourge of Illegal Drugs and, MAKE AMERICA SAFE AGAIN. Markwayne will make a spectacular Secretary of Homeland Security. Thank you for your attention to this matter!

PRESIDENT DONALD J. TRUMP

**11.6k** ReTruths **47.9k** Likes Mar 05, 2026, 10:41 AM

TRUTH.

## ← Truth Details

3213 replies

Donald J. Trump
@realDonaldTrump

THE WHITE HOUSE
WASHINGTON

August 25, 2025

Dr. Lisa D. Cook
Member
Board of Governors
United States Federal Reserve System
20th Street & Constitution Avenue, N.W.
Washington, D.C. 20551

Dear Governor Cook:

Pursuant to my authority under Article II of the Constitution of the United States and the Federal Reserve Act of 1913, as amended, you are hereby removed from your position on the Board of Governors of the Federal Reserve, effective immediately.

The Federal Reserve Act provides that you may be removed, at my discretion, for cause. *See* 12 U.S.C. § 242. I have determined that there is sufficient cause to remove you from your position.

As set forth in the Criminal Referral dated August 15, 2025, from Mr. William J. Pulte, Director of the Federal Housing Finance Agency, to Ms. Pamela Bondi, Attorney General of the United States ("Criminal Referral") (attached to this letter as Exhibit A), there is sufficient reason to believe you may have made false statements on one or more mortgage agreements. For example, as detailed in the Criminal Referral, you signed one document attesting that a property in Michigan would be your primary residence for the next year. Two weeks later, you signed another document for a property in Georgia stating that it would be your primary residence for the next year. It is inconceivable that you were not aware of your first commitment when making the second. It is impossible that you intended to honor both.

The Federal Reserve has tremendous responsibility for setting interest rates and regulating reserve and member banks. The American people must be able to have full confidence in the honesty of the members entrusted with setting policy and overseeing the Federal Reserve. In light of your deceitful and potentially criminal conduct in a financial matter, they cannot and I do not have such confidence in your integrity. At a minimum, the conduct at issue exhibits the sort of gross negligence in financial transactions that calls into question your competence and trustworthiness as a financial regulator.

2

The executive power of the United States is vested in me as President and, as President, I have a solemn duty to ensure that the laws of the United States are faithfully executed. I have determined that faithfully executing the law requires your immediate removal from office.

Thank you for your attention to this matter.

**9.51k** ReTruths **37.8k** Likes

Aug 25, 2025, 5:02 PM