# EXHIBIT 8

TRUTH.

# Truth Details

2151 replies



**Donald J. Trump**
@realDonaldTrump

BIG WIN today in Florida State Court for powerhouse TRUTH Social! Fake claims against the Company, and your favorite President, ME, were dismissed in a thoughtful and smart opinion. TRUTH is "hotter" than ever, and only getting bigger and better all over the World. TRUTH is my Voice, and an absolutely vital platform for all of us who are working nonstop to, MAKE AMERICA GREAT AGAIN!

**6.86k** ReTruths **30.2k** Likes Jul 15, 2025, 3:15 PM

TRUTH.

# Truth Details

1354 replies

**Donald J. Trump**
@realDonaldTrump

TRUTH (Social) is on “FIRE” (in a positive way, of course!). It is my Voice, and the Real Voice of America. Sign up TODAY, I have never let you down!

**6.19k** ReTruths **30.8k** Likes Mar 23, 2025, 8:31 AM