# EXHIBIT 9

# Do not give away Diego Garcia, Trump tells UK in fresh attack on Chagos deal

19 February 2026



Jaroslav Lukiv



Getty

The US had previously supported the UK's decision to proceed with the Chagos deal

ADVERTIS

Donald Trump has thrown the UK's Chagos deal into doubt as he launched a stinging criticism of the plan that would see the UK hand over the Chagos Islands to Mauritius and lease back a joint UK-US military base.

The US president urged Sir Keir Starmer not to "give away Diego Garcia" - the largest island on the archipelago and home to the base.

Trump said "this land should not be taken away from the UK" and if it did it would be "a blight on our Great Ally", in a post on social media.

This comes despite **Washington on Tuesday giving its official backing** to London's plan to cede sovereignty of the British Indian Ocean Territory to Mauritius.

In response to Trump, the UK Foreign Office said the Chagos Islands deal was "crucial to the security of the UK and our key allies, and to keeping the British people safe".

"The agreement we have reached is the only way to guarantee the long-term future of this vital military base," it said in a statement.

Prime Minister Sir Keir Starmer has previously insisted the deal is necessary to protect the continued operation of the base, amid previous attempts from Mauritius to dispute the legality of British sovereignty over the islands.

Diego Garcia is the largest island in the archipelago, and is used as a joint military base by the UK and US armed forces.

Under the deal - **which was announced last May** - the UK will lease back Diego Garcia for a period of 99 years at an average cost of £101m a year.

Trump's latest comments come ahead of talks between the US and Mauritius planned for next week.

The US president's position on the issue has seen rapid U-turns in recent months - from describing the planned transfer as an "act of great stupidity" to saying the deal was **the "best" the prime minister could make.**

UK ministers **have previously said** that the deal could not go ahead unless it had the support of the US.

The bill, aimed at enshrining the agreement into UK law, has been delayed and there is no date set for the next stage.

UK Minister Alex Davies-Jones said the bill would return to the House of Lords "as soon as parliamentary time allows".

---

**Chagossians trying to resettle on islands defy removal order**
**What I found on the secretive tropical island they don't want you to see**
**What is the UK's Chagos Islands deal and what has Trump said about it?**

---

Posting on the Truth Social platform on Wednesday, Trump wrote: "I have been telling Prime Minister Keir Starmer, of the United Kingdom, that Leases are no good when it comes to Countries, and that he is making a big mistake by entering a 100 Year Lease..."

The US president stressed that Diego Garcia was "strategically located in the Indian Ocean".

"Prime Minister Starmer is losing control of this important Island by claims of entities never known of before," he said.

"We will always be ready, willing, and able to fight for the U.K., but they have to remain strong in the face of Wokeism, and other problems put before them."

And referring to ongoing US-Iran talks on Tehran's controversial nuclear programme, Trump said: "Should Iran decide not to make a Deal, it may be necessary for the United States to use Diego Garcia and the airfield located in Fairford in order to eradicate a potential attack by a highly unstable and dangerous Regime."

The Republican president has repeatedly threatened to use military action against Iran over its deadly crackdown on anti-government protests and its nuclear activities.

The US and its European allies suspect that Iran is moving towards the development of a nuclear weapon, something that Tehran has always denied.

Asked by the BBC about Trump's latest comments, White House press secretary Karoline Leavitt said: "The post should be taken as the policy of the Trump administration, it's coming straight from the horse's mouth.

"When you see it on Truth Social you know it's directly from President Trump, that's the beauty of this president in his transparency and relaying this administration's policies."




Watch: BBC asks White House about Trump U-turn on Chagos Islands deal

But on Tuesday, **the US Department of State gave its official backing to the planned handover** of the Chagos Islands.

In a statement, it said it "supports the decision of the United Kingdom to proceed with its agreement with Mauritius concerning the Chagos archipelago".

Shadow foreign secretary Dame Priti Patel said: "It's time Starmer finally saw sense, U-turned and scrapped this appalling deal altogether."

Liberal Democrat leader Sir Ed Davey said: "Trump's endless flip-flopping on the Chagos Islands shows why Starmer's approach is doomed to fail."

Reform UK leader Nigel Farage said: "Keir Starmer risks alienating our most important ally by giving away the Chagos Islands, the worst deal in British history."




Earlier this week, four Chagos islanders - who are opposing the handover deal - landed on the Chagos Islands' remote atoll as part of a protest against the deal.

They refused to leave it, despite a threat of eviction by a British maritime patrol.

Speaking to BBC Radio 4's Today programme, Misley Mandarin - one of the Chagossians who had travelled to the islands - said they would have to "drag me from my beach".

He said "there's no reason" for the deal "because Mauritius never owned Chagos Islands in the first place".

"Keir Starmer, you could be a hero right now - don't ratify that deal, cancel that deal and let Chagossians come back to their homeland as British," he added.

[illegible]

Agreements signed in 1966 leased Diego Garcia to the US. The arrangement was rolled over and is set to expire in 2036

The Chagos Islands – officially known as the British Indian Ocean Territory – are located about 5,799 miles (9,332km) south-east of the UK and about 1,250 miles north-east of Mauritius, in the Indian Ocean.

The Chagos Islands have been under British control since 1814. They were administered from Mauritius, another British colony.

In 1965, the Chagos Islands were made a British overseas territory in their own right, ahead of Mauritius gaining independence, and the UK government paid Mauritius a £3m grant in compensation.

But Mauritius has long argued that it was illegally forced to give the islands away as part of a deal to gain independence.

In the late 1960s, Britain invited the US to build a military base on Diego Garcia, forcibly removing thousands of people from their homes in the process.

Some of those Chagossians ended up in Mauritius and the Seychelles, but others settled in the UK, mostly in Crawley, West Sussex.

*Correction 19 March: This article has been amended to make clear that Britain paid a grant to Mauritius for the Chagos Islands rather than buying them.*




**Sign up for our Politics Essential newsletter** to keep up with the inner workings of Westminster and beyond.

BBC

Home News Sport Business Technology Health Culture Arts Travel Earth Audio Video Live Documentaries Weather BBC Shop BritBox

BBC in other languages

Follow BBC on:

Terms of Use Subscription Terms About the BBC Privacy Policy Cookies Accessibility Help Contact the BBC Advertise with us Do not share or sell my info

BBC.com Help & FAQs Content Index Set Preferred Source

Copyright 2026 BBC. All rights reserved. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**