# EXHIBIT 12

# Watch: Behind-the-scenes video reveals how Trump posts on social media

*Cameron Henderson*

Donald Trump dictated his campaign social media posts to a close aide known as the "human printer".

Behind-the-scenes footage of his campaign shows the president-elect criticising Kamala Harris while Natalie Harpe types up his remarks to be shared live on Truth Social, his social media platform.

Mr Trump is seated in a wood-panelled room watching a speech on television while surrounded by senior members of his campaign team, including Matt Gaetz, Tulsi Gabbard, Dan Scavino, Stephen Miller and Susie Wiles.

As Ms Harpe types furiously, Mr Trump reels off his running commentary, occasionally glancing over her shoulder and giving his nod of approval.

Commenting on Ms Harris's effusive greeting to her audience, Mr Trump says, "Too many thank yous," prompting Ms Harpe to post: "Too many 'Thank yous,' too rapidly said, what's going on with her?"

In a separate post, Mr Trump dictates: "She's talking about how great San Francisco was before she destroyed it, probably not a good idea!"

The clip is taken from Art of the Surge, a docuseries produced by Tucker Carlson and aired on X, formerly Twitter, which tells the story of the Trump campaign in the lead up to his sweeping election victory.

## Why is she called the human printer?

Ms Harpe - who is known as the "human printer" for always having a printer on-hand to provide hard copies of documents to Mr Trump - is tasked with converting the President-elect's stream of consciousness into pithy social media posts.

Responding to a section of Ms Harris's speech discussing her upbringing, Mr Trump says: "A lot of talk about childhood, we've got to get to the Border, Inflation, and Crime," before commanding his team to "send these out".

When Ms Harris criticises him for being "unserious", Mr Trump laughs and says to his team: "It's great right?"

Following a passage in which Ms Harris refers to criminal prosecutions, Mr Trump dictates: "These prosecutions were all started by her and Biden against their Political Opponent, Me!" He then commands his team to "get that out right away".

In a separate post, Mr Trump addresses his alleged connections to Project 2025, a policy document created by Right-wing think tank the Heritage Foundation that Ms Harris repeatedly claimed represents a blueprint for the president-elect's plans were he to regain power.

Responding to Ms Harris's comments, Mr Trump dictates: "Lying against Project 2025, which she knows and so do all Democrats, that I have absolutely nothing to do with!

The footage gives a rare glimpse inside the winning presidential campaign.

## THE ALL CAPS SOCIAL MEDIA POSTS!!!!

Mr Trump has previously been criticised for his trademark all caps social media posts, but the video casts them in a new light and suggests a co-ordinated strategy.

During the speech, Mr Trump's staff can be heard discussing the points he is making and how to counter them on social media.

Mr Trump's staff have previously claimed he is a stickler for precise grammar and punctuation marks such as use of Oxford commas in his social media posts.

Madeleine Westerhout, who worked as Mr Trump's personal secretary until 2019, told his New York hush money trial earlier this year that the president-elect would edit his social media on paper by hand after she had written them down for him.

"My recollection is there are certain words he liked to capitalise," she said. "Words like 'country'. He liked to use exclamation points.

"It is my understanding that he liked to use the Oxford comma."