# EXHIBIT 14

# Truth Social to sell trading firms 'fastest' access to Trump's posts

*Deborah Sophia, Saqib Ahmed*




Workers straighten the Truth Social booth at the Great American State Fair celebrating the 250th anniversary of U.S. independence in Washington, D.C., U.S., July 2, 2026. REUTERS/Jonathan Ernst/File Photo Purchase Licensing Rights, opens new tab

Summary

Companies

Truth API launches August 1 and already has customers signed up, the company said

The feed will cover 10 influential accounts and archive posts back to 2022

TMTG said firms scraping Truth Social data for months violated its terms of service

July 16 (Reuters) - Trump Media & Technology Group

(DJT.O), opens new tab

has unveiled a paid-for, licensed data feed that will give banks and trading firms "the fastest" access to posts from influential Truth Social accounts, such as President Donald Trump's, whose posts often move global markets.

The product, called "Truth API," will deliver posts from the 10 most influential accounts to customers at a significantly faster pace than a regular push notification on the Truth Social platform, a spokesperson said.

Learn about the latest breakthroughs in AI and tech with the Reuters Artificial Intelligencer newsletter. Sign up here.

The feed is designed for organizations "most impacted by the cost of a delay in information", such as algorithmic trading firms, the company said in a statement. "Until now... firms that prioritize tracking influential Truth posts have relied on manual monitoring. Truth API closes the gap."

The move is TMTG's first step into data licensing, and opens up a new revenue stream for the company, which has faced challenges in scaling its media business amid stiff competition from larger social media firms.

"Markets already move on Truth Social posts ... As adoption grows, we expect Truth API to become a meaningful, ongoing source of revenue for the company," TMTG's interim CEO Kevin McGurn said.

## MARKET-MOVING POSTS

Trump has made several announcements through his Truth Social handle that have jolted markets worldwide, including his "Liberation Day" tariffs and posts regarding trade restrictions on China, making the platform a crucial feed for traders, businesses and financial institutions.

On April 9, 2025, Wall Street's main indexes turned sharply higher after Trump said in a Truth Social post that he would pause many of his new tariffs for 90 days.

"As far as I know, the only market-moving poster on Truth Social is Trump himself and his posts definitely move the market," said Mark Spiegel, managing member and portfolio manager at Stanphyl Capital Partners.

Asked if the move would create uneven trading opportunities for traders with deeper pockets, Spiegel said there were always uneven trading opportunities — this would be just one more.

The Donald J. Trump Revocable Trust holds roughly 114.75 million shares, representing about 41% of all outstanding stock in Truth Social's parent company TMTG, according to regulatory filings.

That trust administers Trump's investments and is overseen by his children. The White House did not respond immediately to a request for comment, but a spokeswoman has in the past denied any conflicts of interest.

Robert Frenchman, a partner at the Dynamis law firm in New York who has defended clients in federal government trading probes, said public companies had to be careful about how they disclose information on such platforms. But he said the platforms were allowed to offer clients early access even if it disadvantaged some market participants.

"It certainly does not seem fair, but yes, a tech platform can tier its distribution of information without violating federal securities laws," Frenchman said.

TMTG did not immediately respond to a request for comment on whether the move would create uneven trading opportunities.

Senator Ron Wyden, the highest-ranking Democrat on the Senate Finance Committee, criticized the move. He said it would financially benefit the Trump family and "make Wall Street traders rich." The White House referred questions on Wyden's criticism to TMTG, which did not immediately respond to a request for comment.

## ROUND-THE-CLOCK COVERAGE

The product will provide round-the-clock coverage of influential posts and include an archive of posts dating back to 2022. The company said it has already signed up customers ahead of the August 1 launch.

Some of the most-followed accounts on Truth Social belong to Trump himself and those closely aligned with him, including his sons Donald Trump Jr. and Eric Trump, as well as prominent supporters like Dan Bongino and Sean Hannity.

Firms have been scraping Truth Social data for months, in violation of TMTG's terms of service, according to a spokesperson.

"We're going to create a lot of friction for those folks that aren't coming to us directly," CEO McGurn said in a statement.

Reporting by Deborah Sophia in Bengaluru and Saqib Iqbal Ahmed in New York; Additional reporting by Michelle Price and Alexandra Alper in Washington and Michelle Conlin in New York; Editing by Megan Davies, Shilpi Majumdar, Shinjini Ganguli and Nia Williams

Our Standards: The Thomson Reuters Trust Principles., opens new tab