# EXHIBIT 15

# Paid Access to Truth Social Is Here—Who Runs the Most Influential Accounts?

newsweek.com/paid-access-to-truth-social-is-here-who-runs-the-most-influential-accounts-12276562

Alice Gibbs August 3, 2026






to see more of our trusted coverage when you search.

Businesses can now pay for faster access to posts from some of Truth Social's most influential accounts, including President Donald Trump's.

Trump Media officially launched Truth API on August 1—a business-to-business service that delivers posts from the platform's "highest-ranking" accounts directly to paying customers. The company says the service is aimed at organizations that need information as quickly as possible, including trading firms and financial institutions.

Reuters reported that the feed covers the platform's 10 most influential accounts, though Trump Media has not publicly disclosed the full list.

That new paid feed raises a simple question: beyond Trump himself, who holds the most influence on Truth Social?

A review of publicly visible follower counts shows that the platform's biggest accounts are dominated by Trump family members, senior administration figures and conservative media personalities.



President Donald Trump holds up a copy of his Truth Social post about Air Force One enroute to Washington, on July 8, 2026. | SAUL LOEB / AFP via Getty Images

## What Is Truth API?

Truth API is essentially a premium feed that delivers Truth Social posts to subscribers in real time.

Trump Media says the service provides licensed access to posts from the platform's highest-ranking accounts and is designed for organizations that place a premium on speed. The company said customers will receive posts through a low-latency feed and gain access to an archive stretching back to 2022.

The service has drawn attention because Trump's posts frequently make news and can move financial markets.

"Markets already move on Truth Social posts," Trump Media interim CEO Kevin McGurn said when the product was announced.

Reuters reported, citing anonymous sources familiar with the matter, that the company discussed charging up to $100,000 a month, or $60,000 a month as part of a three-year plan.

*Newsweek* reached out to Trump Media via email for comment.

## Who Are Truth Social's Biggest Accounts?

While Trump remains Truth Social's undisputed heavyweight with around 13 million followers, the accounts immediately below him offer a window into the platform's power structure.

Donald Trump Jr. is the largest account beyond the president himself, with 7.46 million followers, followed by Vice President JD Vance on 5.05 million.

Former Trump Media CEO Devin Nunes and longtime Trump adviser Dan Scavino each have more than 4 million followers, underscoring how closely the platform remains tied to Trump's political orbit.

Other high-follower accounts are a mix of administration voices and conservative media figures. Fox Business host Maria Bartiromo has 3.99 million followers, while the official White House account has 3.94 million. White House press secretary Karoline Leavitt, Transportation Secretary Sean Duffy and commentator Dan Bongino also rank among the platform's largest accounts, each attracting audiences of more than 3.5 million.

Taken together, the rankings suggest Truth Social's influence is concentrated among three groups: Trump family members, senior administration figures and conservative media personalities.

Follower count is not the only measure of influence, however. Several high-profile administration figures who fall outside the higher follower counts could still attract interest from subscribers seeking policy signals or insight into the administration's thinking.

Among them are FBI Director Kash Patel and Health and Human Services Secretary Robert F. Kennedy Jr., both of whom maintain active presences on the platform.




The Truth Social logo on the final day of the Great American State Fair on July 10, 2026 in Washington, DC. | Al Drago/Getty Images

## Why Wall Street Is Interested

Truth Social has become a primary channel for many of Trump's announcements on tariffs, trade, foreign policy and other issues that can affect markets.

Trump regularly uses Truth Social to communicate official information, making the platform a closely watched source for traders, investors and news organizations. His posts have previously jolted markets worldwide, particularly on tariffs and trade policy, which helps explain why financial firms are willing to pay for faster access to the information.'

## Truth API Sparks Backlash

The paid Truth API model has attracted criticism from Democratic lawmakers who have argued that selling faster access to influential Truth Social posts raises questions about fairness and potential conflicts of interest.

Senator Richard Blumenthal was among those who criticized the initiative after its announcement, writing on X that presidential social media posts covering "war & peace & government regulations" can move markets. He described the paid access model as "another example of flagrant corruption."

California Governor Gavin Newsom also weighed in, arguing that the service amounted to selling early access to market-moving information.

“It’s impossible to understate the criminality of Donald Trump’s grift. He is now LITERALLY selling early access to market-moving information,” Newsom wrote. “Where is the investigation? And how are spineless Republicans okay with this? Disgusting.”

Senator Adam Schiff wrote in July: “Hard to keep pace with the President’s corrupt profiteering off the presidency.”

## Is This Article Fair?

Select an option to vote. You can change it anytime.
Despite backlash, paid data feeds and application programming interfaces are a common feature of social media and financial information services. Trump Media, on its part, has framed the product as a tool for organizations that place a premium on speed.

Announcing the service in July, the company said Truth API would provide "licensed, real-time access" to posts from the platform's "highest-ranking" accounts and was designed for organizations "most impacted by the cost of a delay in information," including high-frequency and algorithmic trading firms.

*Contact Newsweek editors on this story: Rebecca Flood and Emma Lee-Sang*

## Recommended For You

