# EXHIBIT 18

Transcript: August 24, 2026 CNBC Interview with TMTG CEO Kevin McGurn (accessed at https://www.cnbc.com/2026/08/24/trump-media-ceo-truth-api.html; last visited August 28, 2026).

**Andrew Ross Sorkin**: The Trump media recently launched a data feed for Truth Social called Truth API that's being sold to institutional customers, including high-frequency trading firms. That service being investigated by members of Congress. A lot of commotion about it. Lawsuits filed against the president alleging it's unconstitutional. Joining us right now in an exclusive interview, his first TV interview since taking the helm of the company, is Kevin McGurn, interim CEO of Trump Media and Technology Group, and we're thrilled to have you at the table to discuss all of this. We talk about your company all the time. You've now been in the job for about four months. Is this what you expected?

**Kevin McGurn**: You know, it's a really interesting job to have. We promised when I came into the role that we were going to be out here talking to folks like yourselves, talking to our investors, just generally talking to all of our customers and doing it a little bit differently and trying to get some recurring revenue into the system. And that's part of the Truth API.

**Sorkin**: Okay, so let's talk about the Truth API because that is that's been sort of in the headlines almost every day, in one way or the other, and really, the idea that the president-I mean, the controversy is this idea that the president of the United States is effectively, because his family owns part of this company, is monetizing his ability to make market-moving statements, and that companies effectively are paying to get access to those statements before the rest of the public.

**McGurn**: Yeah, so let's start with the technology. The technology is a tried-and-true technology that's been in the social media system for quite some time, more than a decade. So all of your big platforms run APIs into high-frequency trading platforms, news and information services, you know, prediction markets, you name it. So when I came into the role, I've been in the media business for almost 30 years. This was an obvious place to go. We have incredible data, we have incredible information, and it was in high demand. This was demand that came to us from the market, so we wanted to make sure that we satisfied that demand in the most brightly lit way. For us, when you have scrapers coming after your data on an ongoing basis against your terms of service, and you give them a product that they can pay for and do it in a legal way, all of these customers came and signed up.

**Joe Kernen**: The elephant in the room. You're avoiding the elephant in the room. The president decides what's going on, and then you can have early. It's almost like you have to do it. I mean it's monetizing the position-

**McGurn**: Well, the president is a minority shareholder. However, I have hundreds of 1000s of shareholders, so I don't just have the opportunity. I have the obligation-

**Kernen**: There's going to be a settlement based on some tariff issue or something, and you're going to know before anyone else, and the market's going to go up 1000 points.

**McGurn**: I mean, here's what I would say. I think speed has been a part of information since its onset in the news space. It's the same reason why you have reporters on Air Force One. It's the same reason why you have a White House pressroom to get closer to the information

**Sorkin**: So let me ask you a question. And by the way, my understanding is Twitter has an API that people access early as well, right?

**McGurn**: As does Reddit.

**Sorkin**: As does Reddit. So there are others that are selling this, and I think it's important that the public understands that, but they don't have a president who is a minority shareholder, and his name is not on the on the shingle. And so my question to you is: Was there ever a thought where you said yourself, you know, we're going to sell this product, this API product, where people can get access early, except for any post made by the president of the United States. That is that to me would be the one shift that would change the equation. Meaning, I look at what Elon's doing with Twitter, and if he's selling early access, to me, fine as long as it's not market moving. By the way, on behalf of Tesla or something else that's going to change, you know, and somehow he's the beneficiary in that regard. Because it's the president and there's and the public obligation. The question is, was there ever consideration about his posts in particular?

**McGurn**: Yeah, I would say this: his information goes out all over the internet. It starts on Truth Social. It goes to Twitter. It goes to Reddit, and it goes to Instagram and TikTok. It's big on TikTok. We give a 50-millisecond advantage in that post, but that is the internet delivery, right? So all posts go out in real time. As soon as the president posts or any of our other creators post, it is public information, and it goes out in the internet. And if it's machine readable, machines are faster than people. That's why that little latency occurs. But it's a tried and true tactic. In fact, other services actually create even more latency. We do not. We put it out there in real time to all of our customers.

**Becky Quick**: But the reason there's an advantage to it is that if you do have a machine reading it, you can figure-

**McGurn**: Yeah, that’s exactly right. It goes right into an algorithmic trading platform, and they start to look at context and figure out what their trades could be. And by the way, those trades could be right or wrong based on the context that they look at. And the other thing is that we want to license this not just to high-frequency trading platforms, but to retail trading platforms. So you take it from Wall Street to Main Street, and then go on to other types of information services, like you know some of the bigger names that you know. We just signed one of the largest financial data and information distributors at the end of last week. So we're super excited about that. We're going to go on to the AI world and license to large language models, and we're going to go into prediction markets as well.

**Kernen**: You know, I get a lot of Truth Social stuff sent to me by important people, but it's always on Twitter. I don't. Yeah. Yeah. So it goes to when the president is out of office, why

would anyone stay with Truth Social at that point? You know what I mean? Talk about key man insurance.

**McGurn**: Yeah, I mean you've got the midterms coming up, which are a big part of how we think about the world. I think about media, and it starts with content, right? So you think about the term that's coming up, and we've got a lot of different folks coming into the House and into the Senate. These are platforms that have to exist. Let's not forget, five years ago, the president was deplatformed from all those services that you mentioned. So this has to exist. Well,

**Kernen**: Well look at the pre-Elon Twitter.

**McGurn**: That's right. Go back into the Twitter files, understand all of the things that were happening there, and that's why this was a necessity for the market.

**Kernen**: Is Bluesky viable?

**McGurn**: I think all of these different you know, services are probably viable. Honestly, I think they have to be there because there has to be balance, and no one service is going to balance you out.