# EXHIBIT 19

# Trump sued over Truth Social's $100,000 early access service

12 August 2026

Share Save Add as preferred on Google

**Francisco Velasquez**
Business reporter, New York



Getty Images

US President Donald Trump

Donald Trump is being sued by two US media groups over a new Truth Social service that charges up to $100,000 (£74,000) a month for early access to his posts.

The lawsuit was filed on Wednesday in New York federal court by The Intercept and Freedom of the Press Foundation.

The suit argues that selling priority access to the president's messages **raises serious concerns**, describing it as "extraordinary, corrupt and unconstitutional".

Trump Media & Technology Group (TMTG) said the lawsuit was brought by "left-wing activists" seeking to censor the president.

The BBC has approached the White House for comment. TMTG has previously dismissed concerns about the paid service.

The paid Truth Social service offers subscribers near-instant delivery of Trump's posts, arriving seconds before they appear for the general public. The plaintiffs say those moments matter because Trump often uses the platform to announce **major developments**, such as during the Iran war, that can **move financial markets**.

They argue the setup gives an unfair advantage to those who can afford it, creating a system where market-sensitive information reaches paying clients first.

More than **10 firms now pay up to $100,000 a month** for fast access to Truth Social posts.

Trump Media and Technology Group has said the product is aimed at businesses seeking faster data feeds and has dismissed concerns about how the information is used.

The company **unveiled the service**, called Truth API, in mid-July and said it would deliver posts from Trump and other high-profile accounts in milliseconds.

Trump is the most followed person on the platform, with about 13 million followers, ahead of his eldest son Donald Trump Jr., who has around 7.5 million.

Seth Stern, chief of advocacy at the Freedom of the Press Foundation's, said Trump selling priority access to news he generates, for the benefit of a private company he controls, is "so blatantly corrupt and unconstitutional that it would have been hard to even fathom just a few years ago".

And David Bralow, chief legal officer at The Intercept, said: "Nothing could be more antithetical to the free, independent press than the president charging for early access to his public announcements."

The lawsuit described Truth API as a "scheme" and a money-making opportunity, noting that Trump holds the largest stake in TMTG through a revocable trust that owns about 41% of the company – a stake worth more than $1 billion. He is the trust's sole beneficiary.

Responding to the lawsuit, a TMTG spokesperson said: "Information from President Trump is disseminated by countless platforms and news outlets, many of which offer subscription APIs.

"One of those channels is Truth Social, which was founded as an uncancellable haven for free speech after the President was unjustly de-platformed.

"Now, left-wing activists are trying to wrongfully weaponize the courts to censor him again and harm our shareholders."

The spokesperson also accused the Freedom of the Press Foundation of violating Truth Social's terms of service.

Donald Trump

## RELATED

Right-wing commentator Milo Yiannopoulos detained by ICE

'Terrorist connection' over Trump Turnberry vandalism charges

A summer of foodborne illness is already testing Trump's pick for top regulator

BBC

Home News Sport Business Technology Health Culture Arts Travel Earth Audio Video Live

Documentaries Weather BBC Shop BritBox

BBC in other languages

Follow BBC on:

Terms of Use Subscription Terms About the BBC Privacy Policy Cookies Accessibility Help Contact the BBC Advertise with us

Do not share or sell my info BBC.com Help & FAQs Content Index Set Preferred Source

Copyright 2026 BBC. All rights reserved. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**