**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-6867 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' PRELIMINARY INJUNCTION**

Upon consideration of the Plaintiffs' motion for preliminary injunction and memorandum in support, Defendants' opposition, Plaintiffs' reply, and the entire record, this motion is GRANTED.

Accordingly, it is hereby ORDERED that Defendants; their officers, agents, servants, employees, and attorneys; and other persons who are in active concert or participation with Defendants or their officers, agents, servants, employees, and attorneys, *see* Fed. R. Civ. P. 65(d)(2), are preliminarily enjoined from posting, or allowing to be posted, announcements from President Trump on the website Truth Social so long as "Truth API" is in operation, applies to President Trump and the White House's announcements, and no free version of the content is available before or at the same time as the content is available through Truth API. "Truth API," as used in this order, refers to an Application Programming Interface that provides to paid subscribers only an historical record of posts from the "@realDonaldTrump" account, among others, and publishes contemporaneous posts from those accounts faster than they appear on the Truth Social website.

It is further ORDERED that Defendants shall transmit a copy of this Order to all personnel within Defendant Executive Office of the President and Defendant White House Office by no later than five days from the date of this Order.

It is further ORDERED that Defendants shall file a notice describing the steps they have taken to comply with this Order by no later than seven days from the date of this Order.

It is further ORDERED, that the bond requirement of Federal Rule of Civil Procedure 65(c) is waived.

IT IS SO ORDERED.

____________________
Judge J. Paul Oetken