AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| The Intercept Media, et al.<br>*Plaintiff*<br>v.<br>Donald J. Trump, et al.<br>*Defendant* | ) ) ) ) ) | Case No. 1:26-cv-06867 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs The Intercept Media, Inc. and Freedom of the Press Foundation .

Date: 09/01/2026

/s/ Stuart McPhail
*Attorney's signature*

Stuart McPhail
*Printed name and bar number*

P.O. Box 14596
Washington, DC 20044
*Address*

smcphail@citizensforethics.org
*E-mail address*

(202) 408-5565
*Telephone number*

(202) 508-5020
*FAX number*