**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., and FREEDOM OF THE PRESS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 26-cv-6867-JPO |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David Greene, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Amicus Curiae Electronic Frontier Foundation in the above-captioned action.

I am a member in good standing of the bar of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3(c).

Dated: September 11, 2026

Respectfully submitted,

/s/ David Greene
David Greene (admitted in California)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
Email: davidg@eff.org

*Attorney for Amicus Curiae*
*Electronic Frontier Foundation*