**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

THE INTERCEPT MEDIA, INC., *and*
FREEDOM OF THE PRESS FOUNDATION,

*Plaintiffs*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*,

NATALIE J. HARP, *in her official capacity as Executive Assistant to the President of the United States*,

DANIEL SCAVINO, *in his official capacity as White House Deputy Chief of Staff and Director of the White House Personnel Office*,

EXECUTIVE OFFICE OF THE PRESIDENT, *and*

WHITE HOUSE OFFICE,

*Defendants*.

Civil Action No. 1:26-cv-06867-JPO

**CERTIFICATE OF SERVICE OF SUMMONS ON DEFENDANTS**

## CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108.

As reflected in the certificates of service filed at Dkts. # 20, 23, 24, 25, 26, and 27, the Complaint, Civil Cover Sheet, Issued Summons, and other case documents were served on Defendants, through their attorneys of record, via USPS Certified Mail pursuant to Federal Rule of Civil Procedure 4(*i*)(1).

I have reviewed the online tracking and return receipts related to each of those service

packets sent by certified mail. The service packets were delivered on the dates indicated below, as verified by the verification methods indicated below:

| Recipient | Delivery Date(s) | Confirmation |
|---|---|---|
| Attorney General of the United States<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | 08/19/2026<br>08/24/2026 | Return Receipt<br>Return Receipt |
| Civil Process Clerk<br>United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, 3rd Floor New York, NY 10007 | 08/17/2026<br>08/21/2026 | Online Tracking<br>Online Tracking |
| Donald J. Trump<br>The White House<br>1600 Pennsylvania Ave. NW<br>Washington, DC 20500 | 08/27/2026 | Return Receipt |
| Executive Office of the President<br>The White House<br>1600 Pennsylvania Ave. NW<br>Washington, DC 20500 | 08/27/2026 | Return Receipt |
| Natalie J. Harp<br>The White House<br>1600 Pennsylvania Ave. NW<br>Washington, DC 20500 | 08/27/2026 | Return Receipt |
| The White House<br>1600 Pennsylvania Ave. NW<br>Washington, DC 20500 | 08/27/2026 | Return Receipt |
| Daniel Scavino<br>The White House<br>1600 Pennsylvania Ave. NW<br>Washington, DC 20500 | 08/26/2026 | Online Tracking |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed September 23, 2026, at San Francisco, California.

Sam Quattrociocchi