# Exhibit 12

Bloomberg Professional Services



# Connect to the dynamic world of global finance

Whether you are interested in award-winning business and financial news coverage or are a financial professional in need of an integrated system for your workflow, Bloomberg has a solution for you.

**Bloomberg Professional Services** **Bloomberg News and Media** **For Customers**

## Unleashing the power of information and technology to bring clarity to a complex world

## Bloomberg Professional Services

and services, including offers and promotions. For more information, please read our Privacy Policy. By clicking "Accept," you agree to the use of these tools.

Bloomberg Professional Services

From the Bloomberg Terminal to our powerful, flexible enterprise solutions, we enable financial market players to integrate their systems, automate their workflows, inform their decision making – and seize bigger opportunities.

**Explore Bloomberg Professional Services →**




**Watch this quick video to learn about AI-Powered News Summaries on the Bloomberg Terminal.**

Bloomberg Professional Services

Research companies, markets and investment ideas with ASKB by Bloomberg AI.

## AI for finance. Built on Bloomberg

Bloomberg AI is built on Bloomberg's long-standing leadership in artificial intelligence and its application in finance. We've been creating purpose-built AI solutions since 2009 and deploying them to solve real-world problems for our customers. Today we're helping clients get more out of the Bloomberg Terminal with ASKB, now in beta, a new conversational AI interface that brings speed, clarity and intelligence to company and markets research.

**Learn more about AI at Bloomberg →**

## Bloomberg Terminal and Enterprise Solutions

Bloomberg Professional Services – the Bloomberg Terminal and our enterprise data management and integration services – are designed for financial professionals on the buy side, sell side and at corporations. Typical roles include traders, analysts, portfolio managers, chief data officers, technologists, compliance officers, corporate treasurers and investor relations professionals.

Bloomberg Terminal

Bloomberg Professional Services

Data Solutions

Trading Solutions

Risk Solutions

Compliance Solutions

Bloomberg Indices

---

## Bloomberg News and Media

actionable coverage of global markets, industries and economic news. If it affects markets, Bloomberg News will be there arming you with the information to make decisions and lead conversations.

## See how we bring context to life

With an unparalleled suite of news products – policy and opinion, newsletters, podcasts, television, radio and more – we offer a look at the world through a business lens to reveal the most comprehensive version of every story.

**Explore Bloomberg Media →**

---

**2700**

News professionals and analysts

**120 +**

Global news bureaus

**70 +**

Bloomberg Professional Services

## Bloomberg Digital Subscriptions

A Digital subscription gets you full access to content on Bloomberg.com and Bloomberg's flagship mobile and tablet apps. Explore our subscription packages for all access, tech and Bloomberg Businessweek, as well as corporate and student subscriptions.

**Subscribe Today →**



Bloomberg Professional Services

# Already a Bloomberg Terminal customer?

## Take your Terminal with you

As a Bloomberg Terminal subscriber, you can see the news first from wherever you are by downloading the Bloomberg Professional app. Customize alerts to get our AI-Powered News Summaries, with easy-to-consume content, so you can quickly digest stories and take action.

You can also monitor events and markets, research securities, access worksheets and communicate via messaging and IB chat.

## Find the latest software updates

Update and download software anytime.



The Bloomberg Professional App is available for iPhone, iPad, Apple Vision Pro, and Android devices.

## Know things you wouldn't otherwise know

Bloomberg Professional Services

Explore Bloomberg Insights →

## Get insights delivered to your inbox

Bloomberg newsletters offer insights, research, events and more on a wide range of topics.

Sign Up →

## Research & Insights

View all Insights →




ARTICLE

Bloomberg Professional Services

tokenized bonds

Regulation



ARTICLE

## September 2026 Global Regulatory Brief: ESG ratings, sustainability reporting and EU ETS

Regulation



Bloomberg Professional Services

ARTICLE

## September 2026 Global Regulatory Brief: Private credit, credit risk reform and liquidity reporting

Regulation



ARTICLE

## September 2026 Global Regulatory Brief: T+1 settlement, trading system access and listing reforms

Regulation



Bloomberg Professional Services



ARTICLE

## How AI is reshaping the foundation of front-office investment workflows

Artificial Intelligence



ARTICLE

## Forget the 'silver bullet': Rethinking operating models for a fragmented market

Technology

Bloomberg Professional Services

## CONTACT

Americas +1 212 318 2000

EMEA +44 20 7330 7500

Asia Pacific +65 6212 1000

## PRESS

Announcements

## CLIENT ACCESS

Bloomberg Anywhere

Bloomberg Legal Entity Identifier

Bloomberg Vault

Enterprise Console

Stay Connected

Documentation

API Library

Webinars

## CUSTOMER SUPPORT

Software Updates

Manage Products and Account Information

B-Unit Setup

FAQ

## REGIONS

Brazil

Simplified Chinese

Traditional Chinese

Japan

Korea

Latin America

Bloomberg Professional Services connect decision makers to a dynamic network of information, people and ideas.

**Request a Demo →**

© 2026 Bloomberg Finance L.P. All rights reserved.

Bloomberg Professional Services

Bloomberg