UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE INTERCEPT MEDIA, INC., *et al.*,
Plaintiffs,

-v-

DONALD J. TRUMP, *et al.*,
Defendants.

26-CV-6867 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

As previously ordered, oral argument on Plaintiffs' motion for a preliminary injunction will take place on Wednesday, October 7, 2026, at 3:00 p.m., in Courtroom 706, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Members of the press and the public may listen to the hearing remotely. To do so, they should dial **855-244-8681** and enter access code **2312 828 7066**.

**The recording or re-broadcasting of remote proceedings is not permitted.** Members of the press and the public must be muted throughout the hearing.

SO ORDERED.

Dated: October 5, 2026
New York, New York

J. PAUL OETKEN
United States District Judge