**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-6867 |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Renata O’Donnell hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for *amici curiae* 53 prosecutors and law enforcement agents who have worked on public corruption and public integrity matters for the Department of Justice in the above-captioned action.

I am in good standing of the bars of the states of New Jersey, New York, Pennsylvania, and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 10/09/2026

Respectfully submitted,

*/s/ Renata O'Donnell*
Renata O'Donnell (DC Bar No. 1723929)
Campaign Legal Center
1333 New Hampshire Ave NW, Ste. 300
Washington, DC 20036
(202) 736-2200
Rodonnell@campaignlegalcenter.org