**U.S. Department of Justice**

*Civil Division*
*Federal Programs Branch*

*1100 L St NW*
*Washington, D.C. 20005*

October 9, 2026

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Intercept Media v. Trump*, No. 26-cv-06867-JPO

Dear Judge Oetken:

The Federal Programs Branch of the United States Department of Justice's Civil Division represents defendants President Donald J. Trump, in his official capacity as President of the United States, Natalie J. Harp, in her official capacity as Executive Assistant to the President, Daniel Scavino, in his official capacity as White House Deputy Chief of Staff and Director of the White House Personnel Office, and the Executive Office of the President and White House Office (collectively "Defendants"), in the above-referenced action.

I write on Defendants' behalf to respectfully request a modification of the responsive pleading deadline. *See Katz v. Cellco P'ship*, 794 F.3d 341, 346 (2d Cir. 2015) (District courts "enjoy an inherent authority to manage their dockets[.]"). Pursuant to Federal Rule of Civil Procedure 12, Defendants must file an answer or motion to dismiss by October 16, 2026. Given the nature of the claims, the Court's forthcoming order on Plaintiffs' motion for preliminary injunction will inform the defenses. Defendants, therefore, request that the Court stay or defer their obligation to file a responsive pleading and require the parties to submit a joint status report within fourteen (14) days of the Courts' order on Plaintiffs' motion for a preliminary injunction. In the joint status report, the parties would propose a schedule for further proceedings in this matter.

Undersigned counsel conferred with Plaintiffs' counsel via email. Plaintiffs' counsel indicated that Plaintiffs oppose this request.

Respectfully,

BRETT SHUMATE
Assistant Attorney General

NOAH T. KATZEN
Assistant Branch Director

By: *<u>/s/ Heidy L. Gonzalez</u>*
HEIDY L. GONZALEZ
Trial Attorney
Tel.: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

cc: all counsel of record via ECF