ALTSHULER BERZON LLP
ATTORNEYS AT LAW

177 POST ST. SUITE 300
SAN FRANCISCO, CA 94108
(415) 421-7151

350 W. COLORADO BLVD. SUITE 420
PASADENA, CA 91105
(323) 963-8693

FAX (415) 362-8064

WWW.ALTSHULERBERZON.COM

ANITA T. ALEM
JAMES BALTZER
JACQLYN BLATTEIS
HAMILTON CANDEE
MAX CARTER-OBERSTONE
EVE H. CERVANTEZ
CONNIE K. CHAN
BARBARA J. CHISHOLM
LISA DEMIDOVICH
ELIZABETH ESHLEMAN
JAMES M. FINBERG
EILEEN B. GOLDSMITH
CORINNE JOHNSON
COLIN CLEMENTE JONES
SCOTT A. KRONLAND
JONAH J. LALAS
JUHYUNG HAROLD LEE
DANIELLE E. LEONARD
JESSICA LEVY
STACEY M. LEYTON
MARISA C. LOWE
AMANDA C. LYNCH
LIREN MA
MATTHEW J. MURRAY
SOPHIA NEWMAN
ZOE PALITZ
JONATHAN ROSENTHAL
MICHAEL RUBIN
TALIA STENDER
ROBIN S. THOLIN
EMANUEL A. WADDELL
ALICE X. WANG

FRED H. ALTSHULER (1943-2024)
FOUNDING PARTNER

STEPHEN P. BERZON
FOUNDING PARTNER
PARTNER EMERITUS
SPECIAL COUNSEL

PETER D. NUSSBAUM
JEFFREY B. DEMAIN
DANIEL T. PURTELL
PARTNERS EMERITUS

ALEXANDER PECHT
FELLOW

October 28, 2026

*Via ECF*

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *The Intercept Media, Inc. et al. v. Trump et al.*, No. 26-cv-06867-JPO

Dear Judge Oetken:

Plaintiffs respectfully request that the Court set an initial case management conference pursuant to Federal Rule of Civil Procedure 16(b) and direct Defendants to meet and confer pursuant to Rule 26(f)(1).

Rule 26(f)(1) requires parties to "confer as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)." Under Rule 16(b)(2), a scheduling order is due 60 days after any defendant has appeared. Defendants' counsel first filed a notice of appearance in this case on August 26, 2026, ECF 34, so the meet and confer should have occurred by October 5, 2026 and the scheduling order by October 26, 2026.

Plaintiffs have requested that Defendants meet and confer but Defendants declined to do so on the ground that they intend to file a motion to dismiss. Plaintiffs submit that the intended filing of a motion to dismiss is not a sufficient reason for further delay, that Defendants' motion

is unlikely to dispose of the case, and that there is no good cause for further delay, which would undermine the "just [and] speedy" determination of this action. Fed. R. Civ. P. 1; *see In re Chase Manhattan Corp. Sec. Litig.*, 1991 WL 79432, at *1 (S.D.N.Y May 7, 1991); *Moran v. Flaherty*, 1992 WL 276913, at *1-2 (S.D.N.Y Sept. 25, 1992).

Sincerely,

*/s/ Barbara J. Chisholm*

ALTSHULER BERZON LLP
Scott A. Kronland
Barbara J. Chisholm
Matthew J. Murray
Marisa C. Lowe

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
Nikhel S. Sus
Jonathan E. Maier
Stuart C. McPhail

MEDIA FREEDOM & INFORMATION ACCESS CLINIC
YALE LAW SCHOOL[1]
John Langford
Stacy Livingston
David A. Schulz

PUBLIC INTEGRITY PROJECT FUND
Brendan Ballou
Andrea Dobson-Forsee

*Counsel for Plaintiffs*

cc: All counsel of record *via ECF*

---

[1] The views expressed herein do not purport to represent the institutional views of Yale Law School, if it has any.