**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 26-cv-6867-JPO |

**<u>NOTICE OF MOTION AND MOTION TO DIMISS</u>**

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants move to dismiss the Complaint filed by Plaintiffs The Intercept Media, Inc. and Freedom of the Press Foundation, ECF No. 1. Defendants' motion is based on the attached memorandum of law.

Dated: October 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

NOAH T. KATZEN
Assistant Branch Director
Federal Programs Branch

<u>*/s/ Heidy L. Gonzalez*</u>
HEIDY L. GONZALEZ
*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs

1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov
FL Bar No. 1025003

*Attorney for Defendants*