ALTSHULER BERZON LLP
ATTORNEYS AT LAW

177 POST ST. SUITE 300
SAN FRANCISCO, CA 94108
(415) 421-7151

350 W. COLORADO BLVD. SUITE 420
PASADENA, CA 91105
(323) 963-8693

FAX (415) 362-8064

WWW.ALTSHULERBERZON.COM

ANITA T. ALEM
JAMES BALTZER
JACQLYN BLATTEIS
HAMILTON CANDEE
MAX CARTER-OBERSTONE
EVE H. CERVANTEZ
CONNIE K. CHAN
BARBARA J. CHISHOLM
LISA DEMIDOVICH
ELIZABETH ESHLEMAN
JAMES M. FINBERG
EILEEN B. GOLDSMITH
CORINNE JOHNSON
COLIN CLEMENTE JONES
SCOTT A. KRONLAND
JONAH J. LALAS
JUHYUNG HAROLD LEE
DANIELLE E. LEONARD
JESSICA LEVY
STACEY M. LEYTON
MARISA C. LOWE
AMANDA C. LYNCH
LIREN MA
MATTHEW J. MURRAY
SOPHIA NEWMAN
ZOE PALITZ
JONATHAN ROSENTHAL
MICHAEL RUBIN
TALIA STENDER
ROBIN S. THOLIN
EMANUEL A. WADDELL
ALICE X. WANG

FRED H. ALTSHULER (1943-2024)
FOUNDING PARTNER

STEPHEN P. BERZON
FOUNDING PARTNER
PARTNER EMERITUS
SPECIAL COUNSEL

PETER D. NUSSBAUM
JEFFREY B. DEMAIN
DANIEL T. PURTELL
PARTNERS EMERITUS

ALEXANDER PECHT
FELLOW

November 23, 2026

*Via ECF*

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *The Intercept Media, Inc. et al. v. Trump et al.*, No. 26-cv-06867-JPO

Dear Judge Oetken:

At the recent telephonic status conference on November 19, 2026, the Court asked whether Plaintiffs had further information about how much faster Truth API subscribers receive access to President Donald Trump's posts. *See also* Transcript of Oral Argument at 21:20-22:04 (Oct. 7, 2026) (asking similar question). Plaintiffs recently found the attached article entitled "We Measured How Long Truth Social Takes to Publish a Post,"[1] which reports a much larger speed differential than the milliseconds that Defendants have suggested. *Compare* ECF 1 ¶57 (alleging that API delivery is "significantly faster than web-scraping tools") *with* ECF 85-1 (arguing that Truth API imposes, at most, an "inconsequential delay" in delivery).

This article reports that the median difference between the time a Truth Social post is delivered to Truth API subscribers and the time that same post is available in the public feed is approximately 17 seconds, with differences longer than 30 seconds observed in sample data. The

[1] TruthSignal.io, *We Measured How Long Truth Social Takes to Publish a Post*" (Sept. 7, 2026), https://www.truthsignal.io/blog/truth-social-public-feed-latency-measured.

article further reports that about 14 of these 17 seconds are the product of Truth-Social-side delays and cannot be overcome with faster webscraping tools. Without discovery from Trump Media and Technology Group, however, Plaintiffs cannot determine the accuracy of the article.

Sincerely,

*/s/ Scott A. Kronland*

ALTSHULER BERZON LLP
Scott A. Kronland
Barbara J. Chisholm
Matthew J. Murray
Marisa C. Lowe

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
Nikhel S. Sus
Jonathan E. Maier
Stuart C. McPhail

MEDIA FREEDOM & INFORMATION ACCESS CLINIC
YALE LAW SCHOOL[2]
John Langford
Stacy Livingston
David A. Schulz

PUBLIC INTEGRITY PROJECT FUND
Brendan Ballou
Andrea Dobson-Forsee

*Counsel for Plaintiffs*

cc: All counsel of record *via ECF*

[2] The views expressed herein do not purport to represent the institutional views of Yale Law School, if it has any.